AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK

JAN 3 1 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 4:19-MJ-3 |
| BRYAN DOUGLAS CONLEY | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of January 29, 2019 to January 31, 2019 in the county of Grayson, in the Western District of Kentucky, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 875(a) and (c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet

_____
*Complainant's signature*

Trevor Saunders, Special Agent FBI
*Printed name and title*

*Sworn to before me and signed in my presence.*

Date: January 31, 2019

_____
*Judge's Signature*

City and State: Louisville, Kentucky

H. Brent Brennenstuhl, U.S. Magistrate Judge
*Printed Name and Title*

*JDJ (AUSA initials)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Trevor Saunders, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the United States Department of Justice, Federal Bureau of Investigation, (FBI) and have been so employed since May 2018. I am a graduate of the FBI Academy and a Federal Law Enforcement Officer as defined in Rule 41.

2. I have specialized training in the enforcement of federal laws. My duties include investigation of criminal violations of Title 18, United States Code, Section 875.

3. The information contained in this affidavit is based upon my consultation with other FBI agents, my review of certain records and documents, interviews of witnesses, and information provided by other state and local law enforcement officers.

4. As a result of my training and experience as an FBI Special Agent, I am familiar with federal criminal laws including: Title 18 U.S.C. § 875(a) and (c) – Threatening Interstate Communication.

5. For the reasons discussed below, I respectfully submit that this Affidavit contains probable cause to believe Bryan Douglas Conley has violated Title 18 U.S.C. § 875(a) and (c). I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of these statutes have been committed by Conley. The information contained herein is not all the information I possess with respect to the commission of the crimes referred to herein.

### FACTS IN SUPPORT OF PROBABLE CAUSE

6. On 29 January 2019 at approximately 1:45 PM CST, the Brentwood Police Department (BPD), located in Brentwood, Tennessee, received a call from M.W., who reported her

daughter, (R.W.), had been kidnapped. Prior to calling BPD, M.W. received text messages on her phone (615-838-4651) from R.W.'s phone number (615-636-5512).

7. Bryan Conley, using R.W.'s cellular telephone, claimed to have R.W., and subsequent messages directed R.W.'s mother to pay a ransom of $20,000 to ensure R.W.'s release. Conley told R.W.'s mother and another family member to start driving towards Toledo, OH, where R.W.'s mother would receive another call from Conley.

8. The following are examples of SMS messages from 615-636-5512 to 615-838-4651:

   a. 615-636-5512: You have ten minutes to be on road or I sell her ass

   b. 615-636-5512: One more lie she's dead

   c. 615-636-5512: In 1 hour they will start rapeing her ass

   d. 615-636-5512: You listen or I send you pic of her body

9. Bryan Conley told the R.W.'s mother that R.W. was being held at a residence in Toledo, Ohio, but later changed the location to Cincinnati, OH. Conley refused to allow R.W.'s mother to talk with R.W., but sent R.W.'s mother a proof of life photograph at approximately 10:00 PM CST. The proof of life photograph depicted R.W. inside of an unknown vehicle with what appeared to be binding material around her mouth.

10. The ransom was ultimately negotiated down to $400 and jewelry. Conley and the family of R.W. agreed the father of R.W. would start travelling towards Toledo, OH to drop off the newly negotiated ransom.

11. BPD reviewed the proof of life photograph and determined that the interior of the vehicle was consistent with a 2013-2018 Ford Taurus SE.

12. At approximately 8:54 AM on 29 January 2019, an unidentified user attempted to log in to R.W.'s USAA bank account. The individual provided R.W's correct social security number

but failed to correctly answer any of the security questions. At 11:31 AM there was a successful login to R.W.'s USAA bank account using R.W.'s telephone number.

13. USAA provided that the telephone number associated with the first attempted login was 915-241-7423. An exigent request to Sprint Corporation revealed, 915-241-7423 was registered to Bryan Conley's wife at 1362 Dover Road, Clarksville, TN 37042.

14. An NCIC query revealed Bryan Conley's wife had a gray 2014 Ford Taurus registered to her at 31 E Bel Air Blvd, Clarksville, TN 37042. Open source searches revealed Bryan Conley and his wife both had resided at 31 E Bel Air Blvd, Clarksville, TN 37042.

15. During the initial communications between Bryan Conley and R.W.'s mother, Bryan Conley offered as proof he had R.W. by providing an address where R.W.'s Toyota Prius was left. Bryan Conley told R.W.'s mother that the Toyota Prius was parked at 185 Adam Shephard Parkway, Shepherdsville, KY. On January 30, 2019, R.W.'s Toyota Prius was located at Kroger, located at 185 Adam Shephard Parkway, Shepherdsville, KY.

16. Emergency ping orders were obtained for Conley's wife's and R.W.'s cellular telephones. Using the emergency ping order, it was revealed that Conley's wife's and R.W.'s telephones were in close proximity throughout the duration of the pings.

17. At approximately 2:25 PM CST on January 30, 2019, while FBI Special Agents were located with the father of the alleged victim, R.W., in the state of Tennessee, the father received a text from the phone of R.W. with the following text, "One more lie she's dead". Location information provided by the cellular carrier, Verizon Wireless, placed R.W.'s phone at the following coordinates in the state of Kentucky at 2:25 PM CST on January 30, 2019: 36.96229889 LAT/-87.454605 LONG. These coordinates plot in vicinity of Hopkinsville, Kentucky.

18. On January 30, 2019, at approximately 3:30 PM CST, the ransom payment amount was delivered to the Flying J Travel Center, located at 18750 Herndon Oak Grove Road, Oak Grove, KY 42262.

19. On January 30, 2019 at approximately 5:00 PM CST, FBI Louisville Division observed Bryan Conley retrieve the ransom payment from behind a dumpster at the Flying J Travel Center in Oak Grove, KY. Bryan Conley then got into a Ford Taurus and left the Flying J Travel Center.

20. FBI Louisville Division followed Bryan Conley in the 2014 Ford Taurus to a Marathon Gas Station located at 802 South Main Street, Leitchfield, KY 42754. Byran Conley was arrested at the Marathon Gas Station. At the time of Bryan Conley's apprehension, FBI Special Agents removed R.W.'s phone from Bryan Conley's person. Subsequent to the arrest of Bryan Conley, R.W. was found in the Ford Taurus driven by Bryan Conley.

21. Verizon Short Message Service (SMS) detail records revealed all SMS sent from telephone number 615-636-5512 on 29 January 2019 through 30 January 2019 at 3:08 AM CST were traversed through Verizon switches located in or around Alpharetta, Georgia and Duluth, Georgia.

## CONCLUSION

22. The statements made in this Affidavit are made based on the personal observations and investigation conducted by your Affiant, and information communicated or reported to your Affiant during the investigation by other participants in the investigation, as the content of this Affidavit indicates.

23. Based on the foregoing, your Affiant believes there is probable cause to believe that BRYAN DOUGLAS CONLEY sent communications threatening violence against the alleged victim,

R.W. from the state of Kentucky to the recipient in the state of Tennessee, in violation of Title 18 U.S.C. § 875(a) and (c), Threatening Interstate Communication.

_____
Trevor Saunders
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 31ʰ day of December, 2019.

_____
H. BRENT BRENNENSTUHL
UNITED STATES MAGISTRATE JUDGE