AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19MJ-3 |
| BRYAN DOUGLAS CONLEY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRYAN CONLEY  .

Date: 02/04/2019

s/ Laura R. Wyrosdick
*Attorney's signature*

Laura R. Wyrosdick
*Printed name and bar number*

629 S. Fourth Avenue
200 Theatre Building
Louisville, KY  40202
*Address*

*E-mail address*

(502) 584-0525
*Telephone number*

(502) 584-2808
*FAX number*