IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | Criminal Action No. 4:19mj-00003-HBB |
| v. ) | H. BRENT BRENNENSTUHL |
| ) | MAGISTRATE JUDGE |
| BRYAN DOUGLAS CONLEY ) | |
| ) | |
| DEFENDANT ) | |

## **ORDER**

This case was called in open court on January 31, 2019, for the purpose of conducting an initial appearance on a Criminal Complaint. The Defendant, Bryan Douglas Conley, was present, in the custody of the Federal Bureau of Investigations, in Louisville, Kentucky. Assistant United States Attorney Joshua Judd was present for the United States of America. These proceedings were digitally recorded. The Defendant acknowledged having received a copy of the Criminal Complaint and acknowledged an understanding of the charges against him. The Defendant was advised of his Constitutional rights, including the right to Court appointed counsel. The Defendant requested Court-appointed counsel and the Court questioned the Defendant, under oath, regarding the information contained in the Financial Affidavit;

**IT IS THE FINDING OF THE COURT** that pursuant to 18 U.S.C.§3006A, the Defendant qualified for Court-appointed counsel.

**IT IS ORDERED** the Office of the Federal Public Defender is appointed to represent the Defendant in this matter.

As to the matter of detention, counsel for the United States advised the United States is seeking detention in this matter.

**IT IS ORDERED** a detention hearing shall be conducted on **Friday, February 1, 2019, at 10:30 a.m., CST.** The detention hearing shall be conducted before Magistrate Judge Brennenstuhl, at the United States Courthouse, **Owensboro**, Kentucky.

**IT IS ORDERED** a preliminary hearing shall be conducted on **Friday, February 1, 2019, at 10:30 a.m., CST**. The preliminary hearing shall be conducted before Magistrate Judge Brennenstuhl, at the United States Courthouse, **Owensboro**, Kentucky.

**IT IS ORDERED** the Defendant is remanded to the custody of the United States Marshal Service pending the detention hearing.

ENTERED this February 1, 2019

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:   Counsel of Record
             US Marshal Service
             US Probation

0/07