## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **PLAINTIFF** | ) | Criminal Action No. 4:19mj-00003-HBB |
| v. | ) | H. BRENT BRENNENSTUHL |
| | ) | MAGISTRATE JUDGE |
| **BRYAN DOUGLAS CONLEY** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

## **ORDER**

This case was called in open court on February 1, 2019, for the purposes of conducting a preliminary hearing and detention hearing. The Defendant, Bryan Douglas Conley, was present, in custody, in Owensboro, and represented by Assistant Federal Defender Laura Wyrosdick. Assistant United States Attorney Joshua Judd was present for the United States of America. These proceedings were digitally recorded.

As to the matter of preliminary hearing, the United States presented evidence through the testimony of Special Agent Trevor Saunders of the Federal Bureau of Investigations.

The Court having reviewed the Criminal Complaint, along with the attached affidavit, having considered the evidence presented by Special Agent Saunders who confirmed that the contents of the information contained in the affidavit is accurate, having heard arguments of counsel and being otherwise sufficiently advised;

**IT IS THE FINDING OF THE COURT** that there is probable cause to believe the Defendant committed the offenses charged in the Complaint in the Western District of Kentucky.

**IT IS HEREBY ORDERED** the Defendant is held to answer further proceedings in this District pending action by the Grand Jury. Should an Indictment ensue, arraignment of the Defendant shall be conducted on **February 21, 2019, at 10:00 a.m., CST.** The arraignment of the Defendant shall be conducted before Magistrate Judge Brennenstuhl, at the United States Courthouse, Owensboro, Kentucky.

As to the matter of detention, counsel for the Defendant argued there are conditions that can be imposed on the Defendant to assure his appearance and the safety of the community. Counsel for the United States argued the Defendant should be detained as a risk of flight and danger to the community.

The Court having reviewed the Pretrial Services Report, having heard arguments of counsel and being otherwise sufficiently advised;

**IT IS THE FINDING OF THE COURT** there are conditions or combination of conditions to assure the Defendant's appearance and safety of the community.

**IT IS ORDERED** the Defendant is remanded to the custody of the United States Marshal Service pending notification from Pretrial Services that they have confirmation from Defendant's wife that he is permitted to return to his home in Texas. Upon notification from Pretrial Services, the Defendant shall be released on a $25,000.00

unsecured Appearance Bond along with Order Setting Conditions of Release pending all further proceedings in this matter.

      ENTERED this

Copies to:    Counsel of Record
                US Marshal Service
                US Probation

1/06