UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:19CR-19-CRS

BRYAN DOUGLAS CONLEY                                                  DEFENDANT

## PRETRIAL ORDER

The above-styled case was called in open Court on February 21, 2019 to conduct arraignment proceedings. There appeared Mac Shannon on behalf of Joshua D. Judd, Assistant United States Attorney. Patrick J. Bouldin, Assistant Federal Defender, appeared on behalf of the defendant[1].

Through counsel, formality of arraignment was waived and the defendant entered a plea of **NOT GUILTY** to the charges contained in the Indictment.

After discussion, and by agreement of counsel, **this matter is scheduled for trial by jury on April 29, 2019 at 9:30 a.m.  Expected length of trial is five (5) days.**

Counsel shall, prior to the commencement of trial, furnish to the Court Reporter a list of premarked exhibits to be introduced during the trial.  The United States shall retain custody of and be responsible for any weapons, firearms, ammunition, alleged drugs, chemicals, and drug paraphernalia admitted as evidence during the trial.  The United States shall also retain such custody during post-trial proceedings and appeal, if any.

Please note that depositions (in whole or in part) or other transcripts (of recorded conversations, chat text, other proceedings) read into the record are not reported by the Court Reporter unless directed to do so by the Court.  Further, any recording or videotape utilized at a court proceeding is not reported by

---

[1] The defendant's presence at arraignment was waived. A formal waiver was executed.

the Court Reporter.  Counsel are responsible for filing in the record or as an exhibit such items for appeal purposes.

**All pretrial motions shall be filed thirty (30) days prior to trial, with responses due fifteen (15) days thereafter.**

**No later than thirty (30) days prior to trial, counsel shall file a concise pretrial memorandum containing the following:**

<u>By the United States</u>:

1.  The statute(s) involved and elements of the offense(s), with authorities.

2.  A statement of anticipated facts to be proven.

3.  A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

4.  A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.


<u>By the Defendant(s)</u>:


1.  A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

2.  A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.


**No later than thirty (30) days prior to trial, counsel shall file:**

1.  Proposed substantive and special jury instructions with citations to authorities.  It is not necessary to submit standard general instructions.  Additional requests at trial are to be kept to a minimum.

2.  Proposed voir dire questions.

   **IT IS FURTHER ORDERED** that the defendant shall remain under the terms and conditions of his bond pending further order of the Court.

**IT IS SO ORDERED.**

Dated: February 21, 2019       **ENTERED BY ORDER OF THE COURT**
                                                 **REGINA S. EDWARDS**
                                                 **UNITED STATES MAGISTRATE JUDGE**
                                               **VANESSA L. ARMSTRONG, CLERK**
                                          **By: /s/ *Ashley Henry***
                                                 **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel of Record


Court Reporter: Digitally recorded

Time: 5 min