3:19-cr-19-CRS or 4:19mj-3-HBB

**FILED**
VANESSA L. ARMSTRONG, CLERK

FEB 21 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
(Filed Electronically)

CRIMINAL ACTION NO. ~~4:19CR-_____-JHM~~

UNITED STATES OF AMERICA,                                           PLAINTIFF,

vs.

BRYAN CONLEY,                                                        DEFENDANT.

## WAIVER AND ENTRY OF PLEA

I, Bryan Conley, defendant herein, hereby 1) waive my presence for arraignment herein, 2) affirm that I have received a copy of the ~~superseding~~ indictment herein, and 3) enter a plea of "Not Guilty".

_____
Bryan Conley

WITNESS:    State of Texas, County of El Paso
Acknowledged before me on February 18, 2019
by Bryan Conley
Notary Public Karla M___

KARLA MORENO
Notary Public, State of Texas
Notary ID #130816544
My Commission Expires 9-12-2020

O:\Clients\Waivers\ConleyWritten Waiver.wpd

OFFICE OF THE
FEDERAL DEFENDER
200 THEATRE BUILDING
629 FOURTH AVENUE
LOUISVILLE, KY 40202