Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:19-CR-19-CRS
UNITED STATES OF AMERICA,                                              PLAINTIFF,

vs.

BRYAN DOUGLAS CONLEY,                                                  DEFENDANT.

### UNOPPOSED MOTION TO CONTINUE TRIAL

Comes the defendant, by counsel, and moves this Honorable Court to continue the trial of the above-styled action currently set for April 29th, 2019. Defense counsel states that she is currently attempting to get Mr. Conley accepted into the Veteran's Treatment program, which will negate the need for a trial.

Defense counsel is authorized to state the United States has no objection to rescheduling the trial.

/s/ Laura R. Wyrosdick
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

## **CERTIFICATE**

I hereby certify that on April 16th, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Josh Judd, Assistant United States Attorney.

/s/Laura R. Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2