**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:19CR-19-CRS**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

**vs.**

**BRYAN DOUGLAS CONLEY,**                                    **DEFENDANT.**

**ORDER**

Defendant having moved the Court to continue the trial of this matter; United States having no objection; the Court finding that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendant in a speedy trial; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the trial of this action be, and the same hereby is, reassigned to _____ at the hour of _____ for trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offense charged herein must commence pursuant to 18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808