UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:19CR-19-CRS**
**UNITED STATES OF AMERICA,**                                          **PLAINTIFF,**

vs.

**BRYAN CONLEY,**                                                  **DEFENDANT.**

### WAIVER OF APPEARANCE
### FOR ARRAIGNMENT AND ENTRY OF PLEA

Comes the defendant, by counsel, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, and 1) waives his presence for arraignment herein, 2) affirms that he has received a copy of the superseding indictment herein, and 3) enters a plea of "Not Guilty".

Defendant's signed written waiver is attached hereto and incorporated herein by reference.

                                                 /s/ Laura R. Wyrosdick
                                                 Assistant Federal Defender
                                                 200 Theatre Building
                                                 629 Fourth Avenue
                                                 Louisville, Kentucky 40202
                                                 (502) 584-0525

                                                 Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## **CERTIFICATE**

     I hereby certify that on June 19, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Josh Judd, Assistant United States Attorney.

                                           /s/ Laura R. Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808