UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:19CR-19-CRS
UNITED STATES OF AMERICA,                                    PLAINTIFF,

vs.

BRYAN CONLEY,                                                DEFENDANT.

## WAIVER AND ENTRY OF PLEA

I, Bryan Conley, defendant herein, hereby 1) waive my presence for arraignment herein, 2) affirm that I have received a copy of the superseding indictment herein, and 3) enter a plea of "Not Guilty".

_____
Bryan Conley

WITNESS:

_____

O:\Clients\Waivers\ConleyWritten WaiverSSI.wpd

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808