**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:19CR-19-CRS**
**UNITED STATES OF AMERICA,** 　　　　　　　　　　　　　**PLAINTIFF,**

**vs.**

**BRYAN CONLEY,** 　　　　　　　　　　　　　　　　　**DEFENDANT.**

**ORDER**

Defendant having waived his appearance at the arraignment herein, defendant having also affirmed receipt of a copy of the superseding indictment and that his plea is "Not Guilty", and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that said waiver of appearance at arraignment is accepted by the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that a plea of "Not Guilty" is entered on behalf of defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808