**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:19-CR-19-CRS** |
| **BRYAN DOUGLAS CONLEY** | **DEFENDANT** |

**O R D E R**

    This matter came before the Court on June 20, 2019, for arraignment on the Superseding Indictment. The United States was represented by Joshua D. Judd, Assistant United States Attorney. Laura R. Wyrosdick, Assistant Federal Defender, appeared on behalf of the defendant. The proceeding was digitally recorded.

    As fully reflected in the record, the defendant's appearance was waived for the purpose of arraignment.

    Through counsel, the defendant waived formal reading of the Superseding Indictment and entered pleas of **NOT GUILTY**. This matter shall remain on the Court's docket as scheduled for a status conference on **June 26, 2019 at 2:30 p.m.** before the Honorable Charles R. Simpson, III, Senior United States District Judge.

Date: June 21, 2019

                                  **ENTERED BY ORDER OF THE COURT**
                                  **REGINA S. EDWARDS**
                                  **UNITED STATES MAGISTRATE JUDGE**
                                  **VANESSA L. ARMSTRONG, CLERK**
                                  By:   */s/ Ashley Henry,* **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

| 05 |