FILED
VANESSA L. ARMSTRONG
JUN 21 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                           CRIMINAL ACTION NO. 3:19-CR-00019-CRS-RSE

BRYAN DOUGLAS CONLEY                                                  DEFENDANT

## MOTION FOR REVOCATION OF BOND AND ISSUANCE OF ARREST WARRANT

### ELECTRONICALLY FILED

Pursuant to Title 18, United States Code, Section 3148, the United States of America hereby moves this Court to revoke the bond of the defendant, Bryan Douglas Conley.

The defendant was charged by superseding indictment with of violation of Title 18, Untied States Code, Section 1201, 1344, 1028A, and 875. The defendant was released on bond with certain condition that he be subject to electronic monitoring, among other conditions. A condition of the defendant's release is that he wear an electronic monitoring device. According the United States Office of Probation, Conley's ankle monitor was removed and last located near Smith's Grove, Kentucky. Conley's failure to wear his ankle monitor, among other violations, constitutes a violation of the conditions of his bond.

Accordingly, pursuant to Title 18, United States Code, Section 3148, it is hereby requested that the defendant's release be revoked and a warrant for his arrest be issued. An Order of Detention cannot be entered until there is a hearing and findings made, pursuant to Section 3148(b). The United States hereby requests that such a hearing be held upon the defendant's arrest.

Wherefore, at this juncture, the United States requests that defendant's release be revoked and an Arrest Warrant be issued.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Laura Wyrosdick, counsel for the defendant.

s/ Joshua Judd
Joshua Judd
Assistant U.S. Attorney
