# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

vs.                                                    **CRIMINAL ACTION NO. 3:19-CR-19-CRS**

**BRYAN DOUGLAS CONLEY**                                                                     **DEFENDANT**

## ORDER

Before this Court is defense counsel's *Ex Parte* Motion (DN 32). Pursuant to 28 U.S.C. § 636(b)(1)(A),

**IT IS HEREBY ORDERED** that defense counsel's *Ex Parte* Motion (DN 32) is **REFERRED** to Magistrate Judge Regina S. Edwards for a hearing, if necessary, and disposition.

Dated: July 9, 2019

                                              **Charles R. Simpson III, Senior Judge**
                                              **United States District Court**

cc:   Counsel of Record
       Judge Edwards' Case Manager