## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                          CRIMINAL ACTION NUMBER: 3:19CR-19-CRS

BRYAN DOUGLAS CONLEY                                             DEFENDANT

### O R D E R

This matter came before the Court on July 9, 2019 to conduct an initial appearance on a motion for revocation of the defendant's bond filed by the United States. There appeared Joshua D. Judd, Assistant United States Attorney. The Defendant, Bryan Douglas Conley, appeared, in custody, with Jennifer H. Culotta, appointed counsel.  The proceeding was digitally recorded.

The Court heard arguments from the United States and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the United States' motion for revocation of the Defendant's bond is **GRANTED** and the bond entered on February 1, 2019 is **REVOKED**. The Defendant may request, by written motion, that this matter be reopened at a later date if desired.

Regina S. Edwards, Magistrate Judge
United States District Court

July 12, 2019

cc:  Counsel of Record
     United States Probation

0|10