UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                          PLAINTIFF

vs.                                     CIVIL ACTION NO. 3:19-CR-19-CRS

BRYAN DOUGLAS CONLEY                       DEFENDANT

## ORDER

The court inquired concerning the status of the case, the United States having filed a superseding indictment against defendant Bryan Douglas Conley and new counsel having been recently appointed for defendant. The court was informed that discovery remains ongoing and additional time is needed to complete discovery and address the possibility of settlement.

Therefore, after discussion with counsel and by agreement, the status conference currently scheduled for August 13, 2019 is **RESCHEDULED** for **status conference** on **September 17, 2019 at 1:00 p.m. prevailing local time.**

The period of time between the date of entry of this order and September 17, 2019 is **excludable time** in the interests of justice in affording the parties adequate time to complete discovery and prepare for trial or other resolution of this matter. 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i); (h)(7)(B)(iv).

ENTERED BY ORDER OF THE COURT:

CHARLES R. SIMPSON, III, SENIOR JUDGE
UNITED STATES DISTRICT COURT
VANESSA L. ARMSTRONG, CLERK

*A. Starks*
_____
DEPUTY CLERK