UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                   CRIMINAL ACTION NO.  3:19-CR-019-CRS

BRYAN DOUGLAS CONLEY                                                                 DEFENDANT

**ORDER**

This matter was scheduled for a status conference on September 17, 2019, at 1:00 p.m. Counsel for the Defendant, Jennifer Culotta, did not show up for the status conference[1]. On the Court's own motion, and by agreement of the United States,

**IT IS HEREBY ORDERED** that the status conference scheduled for September 18, 2019, is **REMANDED** from the Court's docket.  Matter is **REASSIGNED** for a status conference on **Tuesday, October 29, 2019, at 11:00 a.m.,** in a Louisville Courtroom, before Senior Judge Charles R. Simpson, III.

**IT IS FURTHER ORDERED** that within seven (7) days the parties are to file an **agreed order** as to the time between September 17, 2019 and October 29, 2019, as excluded in computing the time limitations specified in the Speedy Trial Act.  18 U.S.C. 3161(h)(7)(A); (h)(7)(B).

Dated:   September 18, 2019

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record
    United States Probation

---

[1] Attorney Jennifer Culotta called the Court later in the day and advised that she thought the hearing was scheduled for 1:30 p.m., not 1:00 p.m.  She further advised the Court that she was in the Courthouse at 1:05 p.m. and learned that the hearing was scheduled for 1:00 p.m. instead of 1:30 p.m. when she went to meet with the Defendant in the United States Marshal's Office prior to the hearing.  She immediately reported to the courtroom, but the hearing had already been continued and no one was present. Jennifer Culotta did meet with the Defendant on this date.

1