**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:19-CR-19-CRS** |
| **BRYAN DOUGLAS CONLEY** | **DEFENDANT** |

**O R D E R**

This matter came before the Court on October 10, 2019, for arraignment on the Second Superseding Indictment. The United States was represented by Joshua D. Judd, Assistant United States Attorney. The defendant, Bryan Douglas Conley, appeared, in custody, with Jennifer H. Culotta, appointed counsel. The proceeding was digitally recorded.

Through counsel, the defendant waived formal reading of the Second Superseding Indictment and entered pleas of **NOT GUILTY**. This matter shall remain on the Court's docket as scheduled for a status conference on **October 29, 2019 at 11:00 a.m.** before the Honorable Charles R. Simpson, III, Senior United States District Judge.

The defendant is remanded to the custody of the United States Marshal pending further order of the Court.

Date: October 11, 2019

ENTERED BY ORDER OF THE COURT
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
 **VANESSA L. ARMSTRONG, CLERK**
 By:   /s/ *Ashley Henry,* **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

| 05 |