**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CRIMINAL ACTION NO. 3:19-CR-019-CRS** |
| **BRYAN DOUGLAS CONLEY** | **DEFENDANT** |

## MEMORANDUM OF STATUS CONFERENCE AND ORDER

This case was called in open court on February 5, 2020, for a status conference. Joshua D. Judd, Assistant United States Attorney, was present, as was the defendant, in custody, with Jennifer H. Culotta, appointed counsel.

For the reasons stated on the record, and by agreement of counsel,

**IT IS HEREBY ORDERED** that this matter is **CONTINUED to Wednesday, April 8, 2020, at 3:00 p.m., for further proceeding.**

The defendant is remanded to the custody of the United States Marshal pending his appearance at the hearing scheduled by this Order.

This matter was previously declared **COMPLEX** and is, therefore, removed from the time constraints of the Speedy Trial Act.

Dated: February 11, 2020

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record
United States Probation

Court Reporter: Becky Boyd

Time: 00/05