FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR 20 PM 2:55

Dear Judge Charles R Simpson
My name is Bryan Conley
Case # 3:19-CR-00019-CRS

I caught my case in Jan 2019. Since then I had my first Lawyer Lisa Collins who never responded to phone calls and always had her investigator contact me with information - wich usually was wrong then he would call back and correct himself. I kept getting told we were waiting on the Discovery.

In July, she was removed and I was assigned Jennifer H Culotta. Her phone number is (812) 941-8886 Ext 25. So I can not contact her by phone at all from Jail. She has returned my wife's phone call twice since July to present. She keeps telling me she is going to come visit and has not. She keeps telling me that she will video conference she has not. I have wrote her several times and she has responded back twice. She has requested a 90 and 60 day extension so far on my case with out consulting with me. It took her till

October 29, 2019 to get me my discovery. I have told her several times this Jail limits your computer time to 1hr 30 minutes a week. If they are even open. So I recieved a printed Copy on or about Feb 6th. I have been violated my right to a speedy trial because both my lawyers were busy with other Cases.

Now in Feb there was a group of Inmates and guards talking about and Sending out Bomb threats. I wanted nothing to do with this- one of them even mailed my wife to kill me named Tyler. I Put in a request to move from Cell 311 after Torres stole a map and list from them and mailed them off. He told me how to get the info and he relocated to another jail. On 27 Feb 20 the group was threatening to kill who ever took it and suspected me. On 28 Feb 20 I went and talked to Captain Jenn, The J2 and J1 in the office and told them what I knew and that Captain Jenns name was on their list as well as several others. I told them all the info I knew at the time. They placed

2

me back into Cell 311 Violating my 8th Amendment. The individuals in the room J1, J2, Captain Jenn said I would hear and talk to the FBI soon. The Inmates kept talking about killing who ever it was. On 3/1/20 Sunday Parks went to visit and when he came back said the guard told him I was in the office talking and knew where the map and list were. I managed to get to the buzzer after they tried to jump me and if not for the table Tyler tried to stab me.

    Now I am in Isolation being refused to talk to the FBI, Marshals about what happened. My wife has called my lawyer and talked to her about 5 minutes and nothing since then. My mom has called and faxed her and no response. I need removed from this Jail Grayson County DC so I can be safe and continue with my trial. I even offered to get the map and list. I have wrote several Senators and Representative. John Yarmuth. I have not recieved a response from anyone to include

3

my lawyer. I am being restricted because my life was threatened and they know some Guards to include J3 are on the list. I can not be returned to general Population here for safety reasons. I did not do 14 years in the Army to be called a liar when I have not been found guilty of anything. I was the one who came forward with an issue and now am caged like an animal.

Please help me out of this Jail and have my lawyer actually represent me and contact me.

Thanks
Bryan Conley
*Bryan Conley*

4

Bryan Conley
Grayson County D/C
320 Shaw Station Road
Leitchfield, Ky 42754



LOUISVILLE KY 400
19 MAR 2020 PM 3 L

GRAYSON COUNTY DETENTION CENTER

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR 20 PM 2:55

Judge Charles R Simpson
601 West Broadway
Room 106
Louisville, Ky 40202

40202-222731