UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                            CRIMINAL ACTION NO. 3:19-CR-019-CRS

BRYAN DOUGLAS CONLEY                                                                    DEFENDANT

**MEMORANDUM AND ORDER**
**FROM *EX PARTE* TELEPHONIC CONFERENCE**

An *ex parte* telephonic conference was held in this matter on March 25, 2020, with defense counsel, Jennifer H. Culotta. **The transcript from this proceeding shall be SEALED.** For the reasons stated on the sealed record,

**IT IS HEREBY ORDERED** as follows:

1. The Clerk is **DIRECTED** to **seal** Defendant's *pro se* letter filed on March 10, 2020 (DN 55).

2. The Court will grant Defendant's Motion for Determination of Bryan Conley's Mental Competency and Sanity (DN 54) by separate order. Counsel shall tender to the Court a proposed order consistent with the particulars discussed.

3. The status conference currently scheduled for April 8, 2020, is **REMANDED** from the Court's docket. Once the examination of the Defendant has been completed, and the report received by the Court, this matter will be returned to the active docket.

March 26, 2020

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record
    United States Probation

Court Reporter: Dena Legg

Time: 00/40