FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR 26 PM 3:06

Dear Judge Charles R Simpson
My name is Bryan Conley
Case # 3:19-CR-00019-CRS

The guards told me that one of the Louisville DA's are sending out Bomb threats. They also showed me 2 other envelopes with different names. I do not want a prosecuter involved in my case if hes sending out threats. I was also informed I was under investigation by the Washington DC Police for sending threats.

Yet during all of this I have not been charged. And simply stated what was going on by staff and other Inmates from this Jail. Why my 8th Ammendamant was violated and that the FBI would talk to me. Yet once I requested to talk with them and my lawyer I Keep getting denied.
If this State can not treat me with equal rights then I request my case be moved to one that can be fair and Impartial. I have been appointed

2 garbage lawyers who refuse to help me because Im Pro Bono. I also can not be safe while in Jail here. If I have charges then its my rights to be Judged fairly. They issue the charges, evidence and we go to court. NOT violate my rights and safety until "we decide what to do with you". Also if they are going to talk to me about these new investigations why was I denied legal representation by the J1, J2, J3 here. If Washington DC is investigating me that has nothing to do with my current status and I Should have the rights to move on with my case. That has nothing to do with my current case. They are with holding my legal mail and mail I sent from 3/1/20 - 3/23 out with no warrant, or court order. I also Informed Jennifer H Culotto on 2-5-20 that I fired her and I am yet to recieve new legal counsel.

Bryan Conley

Bryan Conley
320 Shaw Station Rd
Grayson County D/C
Leitchfield, KY 42754

LOUISVILLE KY 400
25 MAR 2020 PM 3 L

GRAYSON COUNTY DETENTION CENTER



20 MAR 26 PM 3:06
FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

Judge Charles R Simpson
601 West Broadway
Room 106
Louisville, KY 40202