UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:19-CR-019-CRS |
| BRYAN DOUGLAS CONLEY | DEFENDANT |

ORDER GRANTING AGREED MOTION
TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is Defendant Bryan Douglas Conley's Agreed Motion to Withdraw and Substitute Counsel (DN 60). The Court having taken the Motion under consideration, and having been otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Bryan Douglas Conley's Agreed Motion to Withdraw and Substitute Counsel (**DN 60**) is **GRANTED**.

2. Appointed counsel, Jennifer H. Culotta, is **WITHDRAWN** as counsel for Defendant Bryan Douglas Conley.

3. Attorney Nathan Miller (John N. Miller) is **SUBSTITUTED** as retained counsel for Defendant Bryan Douglas Conley.

April 9, 2020

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record