Judge Simpson

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 JUL 23 PM 2:06

US ATTORNEY'S OFFICE
20 JUL '20 AM 8:31

I would like to know why my rights keep being violated by your court? The DA keeps refusing my offer because they know they are part of the corruption that is going on. Also I can provide evidence that several lawyers, law, FBI, Gov officials are corrupt and part of a drug and sex trafficking ring collecting money from it. Why are you helping them hide the Truth? You already allowed them to lie to indite me. Also 4.03.04 False statements or omissions in Affidavit - Franks Hearings. The DA and FBI made several false statements in my inditement they could not provide any evidence for. Plus they kept stacking false charges and lies to make it look worse when they just duplicated everything to scare me into a plea. Then you provided me 2 POS lawyers who did nothing for over a year on my case. Then I fired my second lawyer on Feb 6, 2020 and you refused

To appoint me a new legal counsel so me and my wife had to go into debt to hire a lawyer that will actually work. I would like fair treatment like everyone else and the chance to prove my innocents. I am going to start writting the news/media about the corruption in the state and out of Louisville that you are allowing. I even had people offer to step forward and testify the same stuff I've been saying but keep getting denied because it makes you all look corrupt. I can prove everything I said with the stuff I asked for and 8 days. I'll even wear a wire and video. How ever I cant do anything since Joshua Judd and his crew are part of the corruption. If I cant get a fair treatment I would like it on file my complaint against Ky, Marshalls, FBI, Legal Services, Courts, And my Judge for keeping important facts from people. Jeoprodizing peoples lives (over 6,000) to include women, men, children. I also would like a review and any charges they

have filed with no evidence dropped. All my rights are being violated and my life threatend in Grayson County D/C because the corruption allowed constantly to continue.

My lawyer is
Nate Miller
(502) 200 4482 Personal
(5013) 333 0014 Company
Please help me stop innocent people from being harmed any further.

Case # 3:19-CR-00019-CRS
Bryan Conley 225055
Grayson County D/C
320 Shaw Station Road
Leitchfield Ky 42754

Once Again I can prove everything in 8 days the DA is affraid to show the world how corrupt the courts really are

Bryan Conley
Grayson County D/C
320 Shaw Station Road
Leitchfield, Ky 42754

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 JUL 23 PM 2:06

LOUISVILLE KY 400
15 JUL 2020 PM 1 1
FOREVER USA
Barn Swallow

Judge Simpson
717 West Broadway
Louisville, Ky 40203

40202-221517

**U.S. Department of Justice**
United States Attorney
Western District of Kentucky
510 West Broadway, 10th Floor
Louisville, Kentucky 40202

Official Business



FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

20 JUL 23 PM 2:06





Senior District Judge Charles R. Simpson III
Gene Snyder United States Courthouse
601 West Broadway, Room 247
Louisville, KY 40202-2227