UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:19-CR-019-CRS |
| BRYAN DOUGLAS CONLEY | DEFENDANT |

ORDER SCHEDULING
TELEPHONIC STATUS CONFERENCE

Attorney John N. Miller having entered his appearance as retained counsel on behalf of the Defendant, on the Court's own motion, and by agreement of the parties,

**IT IS HEREBY ORDERED** that this matter is scheduled for a **Telephonic Status Conference** on **Tuesday, August 4, 2020, at 1:00 p.m.**, before the Honorable Charles R. Simpson, III, United States Senior District Judge.  **Counsel for the parties SHALL connect to the Telephonic Status Conference by dialing the toll-free number 1-888-684-8852 and entering access code 2068314#.  Parties shall dial into the conference five (5) minutes prior to the Conference.**

July 31, 2020

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record

1