UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

vs.                                              CRIMINAL ACTION NO.  3:19-CR-019-CRS

**BRYAN DOUGLAS CONLEY**                                 **DEFENDANT**

### STATUS CONFERENCE ORDER

New counsel having entered their appearance as retained counsel on behalf of the Defendant (DN 61), and on the Court's own motion, a Telephonic Status Conference was held on August 4, 2020.  Participating were:

For the United States:

Joshua D. Judd, Assistant United States Attorney

For the Defendant:

John N. Miller, Retained

The Defendant, who is in custody, did not participate in the conference.

The Court discussed the procedural posture of the case with counsel.  On March 30, 2020, an Order directing placement of the Defendant in a suitable facility to be examined by a licensed or certified psychiatrist or psychologist was entered (DN 58).  Due to the COVID-19 pandemic, orders requiring movement of inmates from one facility to another are currently not being executed[1].  Based on the discussion during the conference, by agreement of the parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

---

[1] The Clerk verified with the United States Marshals Service that the Defendant is currently scheduled to be transported to a facility for examination on or around August 28, 2020.

2

     1.     The Order entered on March 30, 2020, directing placement of the Defendant in a suitable facility to be examined by a licensed or certified psychiatrist or psychologist (DN 58) **SHALL remain in full force and effect** and shall be executed as soon as practicable.

     2.     The time between **March 26, 2020 and the resolution of issues of competency after examination and hearing** is **excludable time** in under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A) and in accordance with General Orders 20-02, 20-03, 20-09, and 20-11 of the United States District Court for the Western District of Kentucky concerning the CARES Act and emergency conditions created by the COVID-19 pandemic.

     3.     Upon receipt of the psychiatric report, this matter will be scheduled for a competency hearing.

August 6, 2020

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:    Counsel of Record
       United States Probation

Court Reporter: Terri Turner

Time: 00/15