

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33132

September 2, 2020

The Honorable Charles R. Simpson III
United States District Court
601 West Broadway
Room 247
Louisville, KY 40202-2227

**Re:  Name    :  Conley, Bryan Douglas**
     **Reg. No:  19615-033**
     **Case No:  3:19-CR-19-CRS**

FILED
VANESSA L ARMSTRONG
SEP 21 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dear Judge Simpson:

On March 27, 2020, an Order of the Court committed Mr. Conley to the custody of the Bureau of Prisons (BOP) for a thirty-day mental health evaluation under the provisions of Title 18, United States Code, Section 4241.  The Court is requesting an opinion regarding the defendant's competency to stand trial.

Mr. Conley arrived to the Federal Detention Center (FDC), Miami, for the evaluation on August 27, 2020.  The FDC-Miami is presently operating under the BOP's COVID-19 Modified Operations Plan to maximize social distancing, as much as practicable.  To ensure both inmate and staff safety, these procedures have included a mandatory quarantine for at least 14 days to assess for symptoms of COVID-19, limited access to the inmates, as well as, extra precautions to maintain space between inmates and staff.  As a result, the FDC-Miami is unable to complete this evaluation and report until November 9, 2020.  Accordingly, we respectfully request the Court permit the FDC-Miami until then to complete the evaluation and submit the report.

If testimony will be required in this case, we request that the examiner be permitted to testify via telephone or video-conference (VTC). Allowing our psychologists to testify remotely will ensure maximum social distancing.  In addition, testifying remotely maximizes the amount of the time our psychologists are

able to remain at FDC-Miami, thereby enabling them to focus on their already-pending caseload. FDC-Miami staff are able to coordinate with court staff to schedule the telephonic or VTC sessions.

In addition, we request for the examiner, Dr. Shirley Franco, be provided with any relevant documents that are available (i.e., medical, psychiatric/academic records, prior evaluations, investigative reports, criminal history, etc.).

We appreciate the Court's understanding of these extenuating circumstances. Please do not hesitate to contact Dr. Franco at (305) 982-1403 or at s1franco@bop.gov if you have any questions or concerns.

Sincerely,

E. K. Carlton
Warden


cc: Joshua D. Judd, AUSA
    Jennifer H. Culotta, Attorney for Defendant

Name    :  Conley, Bryan Douglas
Reg. No:  19615-033
Case No:  3:19-CR-19-CRS


The Honorable Charles R. Simpson III
United States District Court
601 West Broadway
Room 247
Louisville, KY 40202-2227
(502) 625-3600
(502) 625-3619 (fax)


Joshua D. Judd, AUSA
U. S. Attorney's Office
717 West Broadway
Louisville, KY 40202
(502) 625-7049


Jennifer H. Culotta, Esq.
Culotta & Culotta
815 E. Market St
New Albany, IN 47150
(812) 941-8886
(812) 941-8883 (fax)

**United States Department of Justice**
Federal Detention Center
Psychology Department
33 N.E. 4th Street
Miami, Florida 33132

Official Business

S.F.



MIAMI FL 330
14 SEP 2020 PM



U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1P    $ 000.50⁰
0000007725    SEP 14 2020
MAILED FROM ZIP CODE 33132

The Honorable Charles R. Simpson III
United States District Court
601 West Broadway
Room 247
Louisville, KY 40202-2227

40202-222772