**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 3:19-CR-19-CRS** |
| **Plaintiff,** | : | |
| v. | : | *electronically filed* |
| **BRYAN D. CONELY,** | : | |
| **Defendant.** | : | |

**ORDER GRANTING EXTENSION OF TIME**
**TO COMPLETE EXAMINATION**

This matter being before the Court on Defendant's Motion requesting the time for evaluation of to be extended, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDER as follows:

Defendant's Motion is GRANTED and the current deadline of November 9, 2020, it extended thirty (30) days to December 9, 2020, so that records may be obtained and examination completed.

DATED: October 30, 2020

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Counsel of record
      Warden E.K. Carlton, FDC-Miami 33 N.W. 4th Street, Miami, Florida 33122