Judge Simpson,

I dont know what the problem with Lawyers in your courtroom, City is. But I am on my 3rd Lawyer that will not do anything. File anything, Motion, Suppena, etc, Talk To. Why is it so hard To get Someone that will represent me. They are getting paid to work/defend me. I Cant even get one To discuss my Case or see me. If Nate Miller continues To ignore me I want my money back and a new lawyer appointed that will work. You keep allowing my rights to be violated and do nothing. Either get me a lawyer that Can do their job. Or get me re-assigned to a Court that Knows what they are doing and Can make sure I have a fair and speedy trial where my rights are protected. It is obvious that Louisville, KY Can not perform its Job. I am requesting a new Court, DA, and my lawyer To do their Job.

Thank You

FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 9 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Bryan Conley 19615033
P.O. Box 019120
Miami, FL 33101.
Case # 3:19-CR-00019-CRS.

Bryan Conley 19655033
P.O. Box 019120
Miami, FL 33101



MIAMI FL 330
2 NOV 2020 PM 4 L



Judge Simpson (Legal mail)
717 W Broadway
Louisville, KY 40203

40202-221517