FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 9 2020
U.S. DISTRICT COURT
WEST'N DIST KENTUCKY

Judge Simpson

Today is 5 Nov 2020. The Pysch DRs have told me today I am done testing. My question is how am I done being evaluated when I was not seen enough to be evaluated. Once again this shows this evaluation was just to get over the fact you violated my Right to a Speedy Trial. I would like a letter sent to the Federal Judicial Board in regards to this Court and judges ability to perform your duties. Because clearly I can not be evaluated in 5 days I was seen and the 4 test I took.

- My 8th Amendement Violated
- Right to a Speedy Trial Violated
- Forced to take a Fake Evaluation
- Life threatened and Jumped.
- Exposed to COVID-19
- Prisons not Quarantining
- My Evaluation cut short because the Pysch DR's failed/refused to work
- CO's Bringing in Drugs/workers
- Refusing me Counsel - my lawyers.
- Allowing the DA to conduct crimes

without punishment.
- Misstreating Prisoners.
- CO's not being able to Perform their Jobs.

    I am being dissmissed because I wrote the Truth. About The Federal Facility and Employees not being able to Perform their job. It is true

and I should get a fair Evaluation. Not some Psych DR who refuses to work and decides I'm done because I filed a complaint against her. I asked to be seen proffessionally and now suddenly I'm done because it looks bad on DR Franco's Career. If this Court is going to continue screwing me around to cover The FEDS and DA's crimes to make money along with Lawyers, Police, Politicians etc. I want moved to a state and District I can Be Innocent until I am proven guilty and away from Corruption. Since Jan 2019 I have been screwed over to cover up what is really going on with members in many states.

Bryan Conley
Case # 3:19-CR-00019-CRS

Bryan Conley 19615033
P.O. Box 019120
Miami, FL 33101

FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 9 2020
U.S. DIST. COURT
WEST'N. DIST. KENTUCKY



MIAMI FL 330
6 NOV 2020 PM 4 L

Judge Simpson (Legal Mail)
717 West Broadway
Louisville, KY 40203

40202-221517