RECEIVED
DEC 18 2020
[Clerk stamp]
JAMES J. VILT, CLERK
DEC 18 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY
RECEIVED
JAN 2021
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO
Case 3:19-cr-00019-DJH Document 75 Filed 12/18/20 Page 1 of 5 PageID #: 271

I am at Miami FDC To do a mental evaluation. I arrived 27 August 2020. My Evaluation Date.

My evaluation didn't even start till OCT 2, 2020 when DR Franca finally came to get me. 37 Days later. Its Because none of the Psych DRs here wanted To do their job during this time. Yet they wanted to show for a paycheck. During my 1st Test she said we couldn't continue untill she got my military Records.

Next time I was seen was OCT 16, 2020. 51 days. She gave me a Test that she herself kept messing up. Saying my responses were Right, ERR Wrong or Wrong, ERR Right with the answers right infront of her face.

OCT 22, 2020 I was seen again 57 days. We did the same test as day 16th.

OCT 29, 2020 She kept saying we can't continue untill my records arrived. I was seen by another DR and same test as Day 16.

NOV 5 2020
After complaining to the head DR Luis then magically I was done. IT was a miracle. Even though they still are not Done or

have my Records

To the Present day
7 Dec 2020.
They still cant or refuse to do their Jobs. They sit around Talking about Black Cock sizes all day and who can take the most. DR Luis won.

Please help get these idiots to work.

Bryan Conley 19615033
P.O. Box 019120
Miami, FL 33101
Case # 3:19-cr-00019-CRS

Also during this time the Staff allows The Inmates To Smoke, Sell drugs, Posses Knives, Frons, Threaten to kill eachother with Razors. The Counselors bring in the Contraband to Sell.

The Warden, A. Warden, Ms Lamb, Ms Holmes, Ms Garcia, LT's, Captains, etc are all aware whats going on. The Racism, and Violation of rights happens daily.

The Mayor of Miami, Gov of Florida. Both have been informed by Several Inmates. They refuse to respond.

The CO's, Counselors refuse Inmates Grievance forms, 1983 forms, Request to Staff forms, or Request Informal, or BP-9 Forms. They open legal mail and bring you Copies. Sometimes of just the envelope. They even refuse to respond to Complaints on the Computer.

I am only facing charges because the FBI, Police, several members of Senate, Congress, DA's, etc are trying to cover up a drug and sex trafficking ring that a large # of people are involved in. My Judge and DA included. I only need 30 days to prove this with agents help and they wont because the FBI, DA, Judge are involved. Strange how my case started in TN, OH and neither of them wanted it but KY picked it up. Now I can't get a court date, Rights Violated. And I've had 3 lawyers that is about to be 4 who have not talked to me at all about my case since 30 Jan 2019.

Bryan Conley 19615033
P.O. Box 019120
Miami, FL 33101



FILED
JAMES J. VILT, CLERK
DEC 18 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Potter Stewart U.S. Courthouse
100 East Fifth Street STE 540

Cincinnati, OH 45202