UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.  No. 3:19-cr-00019-BJB-1

BRYAN DOUGLAS CONLEY

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on January 15, 2021 before Judge Beaton. The Court's official reporter was Dena Legg. The following counsel participated:

For the United States: Joshua D. Judd, Asst. United States Attorney

For the Defendant: John N. Miller, retained counsel for Bryan Douglas Conley

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference and the status of the proceeding, the Court **ORDERS**:

(1)  Counsel will join a telephonic status conference on **February 23, 2021 at 10:00 a.m. Eastern.** Counsel shall connect by dialing 888-363-4734 and entering access code 4268238.

(2)  As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the parties agree and the Court finds the period between **January 15, 2021 and February 23, 2021** is excludable from the time within which the trial must commence under the Speedy Trial Act. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a more speedy trial, because failure to allow this extension would deny counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). The Court does not grant this

continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

January 15, 2021

Benjamin Beaton, District Judge
United States District Court

Copies to:   Counsel of record
             Probation Office

Court Time:   14 min.
Court Reporter: Dena Legg