Judge Simpson

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 AUG -2 PM 3:22

On 7/28/2021, we had a hearing. During that time Nate Miller lied several times to the Judge. They also accepted DR Franco's evaluation of me in wich I clearly complained she didn't do any form of evaluation. I made several complaints to the Court and DOJ, BOP about the medical staff at miami FDC not working on doing its job. I also demanded another DR from another facility. Then the DR Nate hired used the results from the DR that lied and did nothing. IT was all a load of BS.

Next he told the Judge I had clear communications. Wich you know is a lie. I havent seen him but once and not since before 5/7/2021, We havent discussed my case yet. As well as he has not responded to a single letter Nor helped me in any way from being violated, my Constitutional rights by The Grayson County Staff or the US marshals who are violating my

rights. They also fail to remove me from a place Im being harassed and my life threatened by the Jailers daily. I have even written several Grievances on it. Please do your job and enforce that my rights are being protected. That Im safe and Right to a fair Trial. Since you already violated Speedy Trial and several other Amendaments.

Bryan Conley 196/5033

Bryan Conley 225055
320 Shaw Station Rd
GCDC
Leitchfield, KY 42754

LOUISVILLE KY 400
30 JUL 2021 PM 1 L



GRAYSON COUNTY DETENTION CENTER

FILED
US DISTRICT COURT
WESTERN DISTRICT OF KY
21 AUG -2 PM 3:22

Judge Simpson
717 W Broadway
Louisville, KY 40203

40202-221517