FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 AUG 23 PM 3:34

Judge Simpson
Today is 8/19/2021

I am starting a Hunger Strike until you get the U.S. Marshals to move me from Grayson County DC where Bo Thorp - J2, Jason Woosley J-1, Jason Vanmeter - J3, Jennifer MaHue - J4, Desera, Tonya, J-139, Blake, Tuttle, Drew, CPT Ti, CPT Store, Ritchie, Thomas, Ritchard, Lee, Kim, Bobby, Sara, Jennifer Johnson, Laura, Rita, Kevin, Patty, Mike, Jody, David, Tristian - Fat one, Alle - old man, Pendleton, Gail. All stop violating the law as well as my rights. People are thrown in jail and charged for the same B.S. they are doing. To include Harassment, neglect, Prostitution, Drug selling, Violating the Constitution, Tampering with Evidence, Tampering with the mail, Just to name a few things. Crooked ass Cops need punished as well. Look at all the Cops Killing People. It was Bo Thorp, Jennifer Johnson, Bobby, Woosley, Vanmeter, MaHue, Thomas, Mike, Kevin, Pendleton, Gail, Kim, Sara, Ritchard, David, Allen, Trishtian and others

that where Responsible for sending out the Bomb threats Prior to Covid and Christmas. They where making Demands and even got me jumped for trying to report them. They also got Paid to help Spread Covid through Inmates. I demand my Constitutional Rights and Removed Somewhere my life, safety, Health, Sanity are safe from the Jailers.

Fed ID 19615033
Bryan Conley 225055
GCDC
320 Shaw Station Rd
Leitchfield, KY 42754
Phone: (270) 259-3636
Fax: (270) 730-1748

Continued.

J. I would also like it known that Nate Miller is refusing to do his job as my lawyer. I want the Federal Bar associations phone number and addresses for Lawyers as well as Judges. I need 20 1983 Forms, The Info for Jennifer Culotta and Lisa Collins Both I fired. My Discovery, News addresses and #'s, Fox, NBC, CNN, Wall Street Journal, USA Today, Black lives Matter, White House, President, Vice President, AG - DC and KY, FBI, All senators, congressman

Bryan Conley 225055
GCDC 320 Shaw Station Rd
Leitchfield, KY 42754

LOUISVILLE KY 400
20 AUG 2021 PM 3  L



FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 AUG 23 PM 3:34

GRAYSON COUNTY DETENTION CENTER

Judge Simpson
Federal Court House
717 W Broadway
Louisville, KY 40202

Legal mail

