FILED
JAMES J. VILT JR,
CLERK
September 1, 2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Judge Simpson,

Today is 8/13/2021. You fucking idiots still have not done your God Dam jobs. What the fuck are you lazy cock suckers getting paid to do? sit around and butt fuck eachother during Covid for fun? Its been 2 years and you fucking Idiots still have not figured out what rights/laws are obviously, how to work, or to quit circle jerking one another. I want to know who the fuck to file a complaint with against Federal Judges, lawyers, Marshalls. I demand a new Judge appointed who isn't a corrupt piece of shit. Get me the fuck out of Grayson County and stop violating my Rights. You cock suckers could have stopped Covid but refused to listen, sending me to a B.S. Psych evaluation in wich the DRS did nothing. Worthless bunch of fucking Idiots. I hope you got paid well for all the lives lost from Covid.

Bryan Conley 19615033

2

- [x] I need all Grievance forms on file from Grayson County DC as well as BP9, BP10 and Complaints against Miami FDC
- [x] U.S. Marshals - mail address
- [x] Federal Judge Complaints
- [x] Federal Lawyer Complaints - Lisa Collins and Jennifer Culotta addresses.
- [x] 28 USC 2241
- [x] 28 USC 2254
- [x] 28 USC 2255
- [x] 28 USC 1915(B)
- [x] 42 USC 1983
- [x] Fed R Civ P. 12(a)(2)(3)
- [x] Rule 12 of Federal Rules of Civil Procedures
- [x] AO 440
- [x] E-Government Act of 2002
- [x] Amendments 1-8
- [x] Why my Right to A Speedy trial was Violated
- [x] Why my PREA was Ignored
- [x] Why I'm being Assaulted, Harrassed, neglected, Abused
- [x] Why my Rights are being Violated
- [x] All major News Stations addresses
- [x] The AG of KY, OH, TX, TN, DC.
- [x] White House mailing address
    - President
    - V.P.

3

Addresses for
- Black lives matters
- Governors      All States
- Mayors         All States
- Senators       All States
- Miami, FDC

I am going to make sure that everyone knows you could have stopped Covid 19. Instead you allowed it to happen even after a year of warning in advance. I even got investigated by Washington DC trying to warn them about it.

## GRAYSON COUNTY DETENTION CENTER
## GRIEVANCE FORM
### JASON WOOSLEY, JAILER

DATE/TIME: _____

INMATE NAME: _____   CELL # _____

JACKET# _____

*Inmate Note: One issue per grievance form

**DETAILS OF COMPLAINT:** GCDC staff - Failure to work / perform their Jobs

Violate Peoples Rights
Fail to do 15 minute Isolation checks
Refuse cleaning cart, supplies
Refuse to pass out Razors, supplies
Fail to do what they say
Do not know Policies and Procedures
Refuse legal calls
Refuse to answer Request
Refuse to answer Grievances
Refuse to bring Toilet paper
Refuse to bring forms
Refuse to investigate PREA charges

**DATE RECEIVED:** _____   **RESPONDING DEPUTY:** _____

**RESPONSE:** Pass out/sell Drugs to Inmates.
Prostitute
Punish without a write up
No administrative reports

**REFER TO:** _____



LOUISVILLE KY 400
27 AUG 2021 PM 1 L

GRAYSON COUNTY DETENTION CENTER

Bryan Conley 225635
GCDC
320 Shaw Station Rd
Leitchfield, KY 42754

Legal Mail
Judge Simpson
717 West Broadway
Louisville, KY 40203

40202-221517

US ATTORNEYS OFFICE
30 AUG '21 AM 9:00