OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

**OFFICIAL BUSINESS**

FILED JSR
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 SEP 30 PM 4:23

21 SEP 30 PM 4:22

FIRST-CLASS MAIL
Hasler
09/14/2021
US POSTAGE $01.96⁰
011D11644694

RTS

ATW
9-13-2021

Bryan Conley 225055
GCDC
320 Shaw Station Road
Leitchfield, KY 42754
3:19-cr-00019-BJB-1

```
NIXIE        400   5E 1        0209/27/21
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 40202224999    2047N270081-00931
```

INSTRUCTIONS FOR FILING A PRISONER
CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or
*BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*
IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**COMPLAINT (FORM "A")**

(1) The complaint must be legibly handwritten or typewritten on the form provided by the Court. It must be signed by each plaintiff. All questions must be answered concisely in the proper space provided on the form. Do NOT write on the back of any page.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation to authorities is necessary. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) **Keep a copy of the complaint for your files**.

(4) Exhaustion of available administrative remedies is mandatory and unexhausted claims cannot be brought in court. However, you are **not** required to specifically plead or demonstrate exhaustion in your complaint.

(5) On the form complaint, you will be asked to state whether you are suing each defendant in his/her "individual capacity" or "official capacity" or in both capacities. To illustrate the difference, when you sue someone in his/her "individual capacity" for monetary relief, you are asking the Court to make that person pay you money from his/her own funds because of something he/she did or did not do that violated your constitutional rights. By contrast, when you sue someone in an "official capacity" for monetary relief, even though you name the person, the law views the claim as being brought only against the person's employer, which is usually a city, county or state. Thus, when you sue someone in his/her "official capacity," you are asking the Court to make a city, county or state pay you money because the city, county or state caused the constitutional violation. You may sue a defendant in either his/her individual capacity or official capacity or you may sue a defendant in both capacities.

(6) You must support your claim(s) with facts. Failure to assert a factual basis in support of your claim(s) will result in its dismissal.

**SUMMONS (FORM "B")**

(1) Prepare a summons for <u>each</u> defendant you have sued.

(2) Write or type the defendant's name and address on the summons in the space provided. You are responsible for providing the address for each defendant and preparing the summons. The Court cannot prepare your summonses.

(3) Write or type your name in the space provided.

(4) **DO NOT** fill in any other part of the summons form.

(5) **DO NOT** mail the summons to any of the defendants.

Rev. 10/10