Case 3:19-cr-00019-DJH   Document 104   Filed 03/18/22   Page 1 of 2 PageID #: 339

FILED
JAMES J. VILT, JR. - CLERK
MAR 18 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Judge Simpson

Since you have violated many of my Constitutional rights. Allowed me to get Sexually Harassed and asaulted By Guards. Neglected. Violated.

Since your dumb ass refused to listen 3 years ago when I warned about Covid, The wars, and Illegals.

Let me Go Fight for Ukraine Since you could have helped Stop it 3 years ago but Now are an accomplise to Putin and you clearly Support Russia and war crimes. Let me go help Fight with and for our friends in Ukraine.

Bryan Conley

Bryan Conley
OCDC
3405 W Highway 146
La Grange, KY 40031

Legal Mail

FILED
JAMES J. VILT, JR. - CLERK
MAR 18 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LOUISVILLE KY 400
17 MAR 2022 PM 2 L

OLDHAM COUNTY DETENTION
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

Judge Simpson
Federal Court House
717 W Broadway
Louisville, KY 40202

40202-221517