UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:19-CR-19-BJB

BRYAN DOUGLAS CONLEY                                                  DEFENDANT

## **PROPOSED ORDER**

The United States moved to admit flight as substantive evidence of guilt. The motion of the United States is granted.