<u>ATTACHMENT</u>

GOVERNMENT'S PROPOSED INSTRUCTION ON FLIGHT

(1) You have heard testimony that after the crime was supposed to have been committed, the defendant, Bryan Douglas Conley, fled from Kentucky to Ohio.

(2) If you believe that the defendant, Bryan Douglas Conley, fled from Kentucky to Ohio, then you may consider this conduct, along with all the other evidence, in deciding whether the government has proved beyond a reasonable doubt that he committed the crime charged. This conduct may indicate that the defendant thought he was guilty and was trying to avoid punishment. On the other hand, sometimes an innocent person may flee for some other reason. The defendant has no obligation to prove that he had an innocent reason for his conduct.

Pattern Criminal Jury Instructions, Sixth Circuit Committee on Pattern Criminal Jury Instructions, Instruction No. 7.14 (2019 Edition).