**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| Plaintiff | ) | No.  3:19-CR-00019-BJB |
| | ) ) ) ) | |
| vs. | ) ) | |
| **BRYAN CONLEY** | ) ) | |
| Defendant | ) | |

**OBJECTION TO GOVERNMENT'S INTRODUCTION OF EVIDENCE OF FLIGHT AND MOTION FOR HEARING ON THIS ISSUE**

Comes the Defendant, Bryan Conley, by counsel, and objects to the Government introducing any evidence of alleged flight. The Defendant moves the Court to set his matter for a hearing on this issue, in order to give him the opportunity to testify before this Court as to the circumstances surrounding this matter. The Defendant states that he did not intentionally remove the monitor, and believes that the Court should have an opportunity to learn the circumstances of the monitor being removed. The Defendant has no issue with law cited by government, but feels he should have an opportunity to explain. Since he had the right of not testifying at trial, he wants the Court to hear this matter in advance.

Respectfully submitted,

<u>/s/ Armand I. Judah</u>
Armand I. Judah
Tilford Dobbins & Schmidt PLLC
Counsel for Defendant
401 W. Main Street, Suite 1400
Louisville, KY 40202
(502) 664-9338

**CERTIFICATE OF SERVICE**

This certifies that a true copy of the foregoing was filed electronically on the 2nd day of June, 2022.

_/s/ Armand I. Judah__
Armand I. Judah