**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) |  |
| Plaintiff | ) ) ) ) ) | No.  3:19-CR-00019-BJB |
| vs. | ) ) |  |
| **BRYAN CONLEY** | ) ) |  |
| Defendant | ) |  |

### ORDER

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this matter is set for a hearing on the _____ day of _____, 2022 at _____ on the issue of whether or not the United States should be allowed to produce any evidence of alleged flight by the Defendant.

_____
JUDGE

DATE:_____