UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |  |
| Plaintiff | ) ) ) ) ) | No.  3:19-CR-00019-BJB |
| vs. | ) ) |  |
| BRYAN CONLEY | ) ) |  |
| Defendant | ) |  |

## MOTION TO WITHDRAW

Comes Armand I. Judah, counsel for the Defendant, and respectfully moves the Court to allow him to withdraw as Defendant's counsel. As grounds for this motion, counsel states that he and the Defendant cannot communicate effectively, and it appears that Defendant has lost faith in counsel. Counsel states that he was scheduled to have a video conference with the Defendant on June 16, 2022, however, after only four minutes, the Defendant stated to counsel, "I'm firing you," and he left the room.

Wherefore, counsel moves the Court to allow him to withdraw and requests the Court appoint alternate counsel for the Defendant.

Respectfully submitted,

/s/ Armand I. Judah
Armand I. Judah
Tilford Dobbins & Schmidt PLLC
Counsel for Defendant
401 W. Main Street, Suite 1400
Louisville, KY 40202
(502) 664-9338

**CERTIFICATE OF SERVICE**

This certifies that a true copy of the foregoing was filed electronically and was mailed to Bryan Conley, c/o Oldham County Detention Center, 3405 W. Hwy. 146, LaGrange, KY 40031 on the 16th day of June, 2022.

_/s/ Armand I. Judah__
Armand I. Judah