```
                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF KENTUCKY
                          AT LOUISVILLE
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | No.  3:19-CR-00019-BJB |
| vs. ) | |
| BRYAN CONLEY ) | |
| Defendant ) | |

### ORDER

Motion having been made and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that Armand I. Judah and the law firm of Tilford, Dobbins & Schmidt PLLC are withdrawn and relieved of any further responsibility as counsel for the Defendant herein.

```
                              _____
                              JUDGE

                              DATE:_____
```