UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                             CRIMINAL ACTION NO. 3:19-CR-00019-CRS

BRYAN CONLEY                                              DEFENDANTS

## UNITED STATES' PROPOSED EXHIBIT LIST
*Filed Electronically*

Comes the United States, by counsel, and submits the following exhibit list:

| Exhibit No. | Description | Bates |
|---|---|---|
| | Audio of Bryan Conley Interview 1/30/2019 Part 1 (1:06:39) | USA-000001 |
| | Transcript Part 1 from audio of Bryan Conley Interview 1/30/2019 | USA-000886- USA-000967 |
| | Audio of Bryan Conley Interview 1/30/2019 Part 2 (56:36) | USA-000002 |
| | Transcript Part 2 from audio of Bryan Conley Interview 1/30/2019 | USA-002046- USA-002107 |
| | Extended Stay Hotel Receipt-Bryan Conley 1/27-28/19 | USA-000624- USA-000626 |
| | PDF of messages coming from R.W.'s phone (615) 636-5512 from 1/30/2019 1:12:34 am to 1/30/2019 5:20:51 pm | USA-000003- USA-000004 |
| | Photos gag pic and threatening text messages sent to R.W.'s parents | USA-000020- USA-000027 |
| | Photo of Kroger Fuel Receipt (Shepherdsville, KY 1/29/19 1:47 pm) found on Bryan Conley | USA-000036 USA-001410 |

| Exhibit No. | Description | Bates |
|---|---|---|
|  | Handwritten list of items seized and currency count from Bryan Conley's person at time of arrest on 1/30/19 | USA-000037- USA-000039<br>USA-001411- USA-001413 |
|  | Photos of money, credit cards, and receipts found on Bryan Conley after arrest (6 photos) | USA-000031- USA-000036<br>USA-0001405- USA-001410 |
|  | Still shot photo of Conley from Kroger CCTV located at 185 Adam Shepherd Parkway Shepherdsville, KY on 1/29/19 01:45:52 pm<br><br>Certified on 4/8/2019 USA-002300 | USA-000615 USA-001451 |
|  | Kroger CCTV Surveillance Video (discs 1 & 2) located at located at 185 Adam Shepherd Parkway Shepherdsville, KY 1/29/19<br>(Made available to defense for viewing)<br>Certified on 4/8/2019 USA-002300 | USA-000616- USA-000617<br>USA-001452- USA-001453 |
|  | Pin drop map texted to Conley showing where the money and jewelry was dropped on 1/30/2019 | USA-000046 |
|  | Photos of drop money (5 photos) | USA-000041- USA-000045<br>USA-001416- USA-001420 |
|  | Photo of Jewelry and money prior to drop on 1/30/2019 | USA-000620 – USA-000621<br>USA-001458-USA-001459 |
|  | Serial number comparison of drop money vs money on Bryan Conley at arrest | USA-000968 |
|  | Photos of Conley's Ford Taurus from 2/6/2019 (96 total photos) | USA-00640- USA-00735 |
|  | Photo of Clarksville, TN Walmart receipt dated 1/28/19 found during the search of Conley's Taurus on 2/6/2019. Receipt lists the purchase of rope and zip ties | USA-002044 |

| Exhibit No. | Description | Bates |
|---|---|---|
|  | Walmart (Clarksville, TN) Transaction Record and still shots from checkout from 1/28/19 purchase of rope and zip ties<br><br>Certified on 4/18/2019 USA-002343 | USA-002344-USA-002345 |
|  | PDF of email R.W. sent Agent Phillips with pictures of "Lance" | USA-000866-USA-000876 |
|  | R.W. (dad) phone chat log | USA-001491 |
|  | M.W. (mom) phone chat log | USA-001492 |
|  | Cellebrite Forensic Extraction Report of R.W.'s Apple iPhone 8 (615) 636-5512<br>(Made available to defense for viewing) | USA-00977 |
|  | Call Detail Report, Subscriber information, Incoming-Outgoing Calls, and Activation/Deactivation report from Verizon for R.W. (615) 636-5512<br>Certification of 3/11/2019 USA-002227 | USA-002228-USA-002232 |
|  | GPS Location data for R.W.'s iPhone from Verizon (615) 636-5512 | USA-001612-USA-001712 |
|  | Photo of notebook, McDonalds receipt, Walmart receipt, and Resume from SA Phillips review of physical evidence on 3/15/2019 | USA-002041-USA-002044 |
|  | Still photo of Conley walking into Walmart on 1/29/2019 | USA-001235<br>USA-001402 |
|  | Still photo at door of Walmart on 1/29/2019 | USA-001234 USA-001401 |
|  | Surveillance video at door of Walmart of Conley walking in on 1/29/2019 | USA-000030 |
|  | Walmart overhead video of Conley's declined transaction of purchase on 1/29/2019 | USA-000028 |
|  | Still overhead photo of Walmart checkout on 1/29/2019 | USA-001230 USA-001397 |

| Exhibit No. | Description | Bates |
|---|---|---|
| | Surveillance video outside Walmart of grey Ford Taurus | USA-000029 |
| | Still Photo of outdoor Walmart Surveillance on 1/29/2019 showing Grey Ford Taurus | USA-001232<br>USA-001399 |
| | Walmart Credit Card Records from failed transaction on 1/29/2019<br>Certification 4/12/2019 included | USA-001234- USA-001241 |
| | Cellebrite Forensic Extraction Report of Bryan Conley's Samsung Galaxy<br><br>(Made available to defense for viewing) | USA-001387-USA-001391<br>USA-002327<br>USA-002328-USA-002329 |
| | Bank Payment Report, Detokenization report, and Call Detail from Sprint for Brian Conley's Galaxy (915) 241-7423<br>Certification on 1/30/2019 USA-002227 | USA-002195-USA-002226 |
| | Toll analysis and Call Detail Report from Sprint for Brian Conley's Galaxy (915) 241-7423<br>Certification on 2/22/2019 USA-002302 | USA-002213 |
| | Sprint GPS ping data for Conley Galaxy (915) 241-7423 | USA-000885 |
| | Ankle bracelet tracking map 6/21/2019 | USA-002181 |
| | Photos of cut ankle bracelet 6/21/2019 | USA-002182- USA-002188 |
| | Outdoor Surveillance from Moby's Auto Spa<br>Prius USA 189<br>Taurus USA 469 | USA-000071- USA-000614 |
| | USAA report showing failed attempts to login on 1/29/2019 at 8:54:55 am | |
| | FDIC certification for USAA | USA-002547 |
| | Photo of Office Items given to R.W. | USA-000970 |
| | Account subscriber information from google for loveiseasy2862@gmail.com<br>Certification on 5/31/19 included | USA-002359-USA-002362 |

| Exhibit No. | Description | Bates |
|---|---|---|
| | Account subscriber information from google for bhtown101b@gmail.com<br>Certification on 7/2/19 included | USA-002366-USA-002369 |
| | GPS map showing GPS ping locations for R.W.'s iPhone (615) 636-5512 and tower ping locations for Brian Conley's Galaxy (915) 241-7423 | |
| | Receipt and Confirmation from Bryan Conley's Super8 stay on 11/10/2018<br>Need certification | USA-002363-USA-002365 |
| | TextNow subscriber information for loveiseasy2862 and 9157773617<br>Need Certification | USA-002350-USA-002351 |
| | Cave City Police Department Report for 6/20/2019 | USA-002190-USA-002192 |
| | Plenty of Fish Account Information for R.W.<br>Certification on USA-002555 | USA-002554-USA-002557 |
| | Vanilla Mastercard Results for card taken from Bryan Conley upon arrest | |

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*S/Joshua Judd*
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*S/Joshua Judd*
Joshua Judd
Assistant United States Attorney

6