## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**VS.**                                 **CRIMINAL ACTION NO. 3:19-CR-19-BJB**

**BRYAN DOUGLAS CONLEY**                                         **DEFENDANT**

### ORDER ON *EX PARTE* HEARING

An *ex parte* hearing was held on June 23, 2022, by video, regarding defense counsel's motion to withdraw as attorney (DN 108). Defendant Conley was present, in custody, with Armand I. Judah, appointed counsel. The proceeding was digitally recorded.

The Court discussed with the defendant the issues that exist between him and defense counsel and for the reasons fully stated on the record;

**IT IS HEREBY ORDERED** that Armand I. Judah is **WITHDRAWN** as counsel of record for the defendant. The Court questioned the defendant under oath and found him eligible for appointed counsel. Joshua F. Barnette from the Criminal Justice Act attorney panel is appointed to represent the defendant.

**IT IS FURTHER ORDERED** that the official recording of these proceedings shall be **SEALED.**

*[Signature]*
Regina S. Edwards, Magistrate Judge
United States District Court

June 24, 2022

cc:     United States Attorney
        Counsel of Record

0|25