UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRYAN DOUGLAS CONLEY, <br><br> Defendant. | Case No. 3:19-CR-00019-BJB-RSE <br><br> *Electronically Filed* |

___

### DEFENDANT BRYAN DOUGLAS CONLEY'S
### SECOND MOTION TO CONTINUE TRIAL
___

Defendant, Bryan Douglas Conley, through counsel, moves to continue the trial in this matter for a period of at least 120 days. As grounds for this motion, the undersigned states that he was appointed to represent Mr. Conley on June 24, 2022. (R. 115.) Additionally, this case was previously designated as "complex." (R. 52.) Undersigned counsel is in the process of obtaining discovery and case file from defense counsel, and will need time to review discovery and become fully abreast of the issues in this case. Finally, undersigned counsel will be out of the country from July 20, 2022, to August 3, 2022, for a previously scheduled trip. The undersigned has conferred with counsel for the United States, who does not oppose this motion. This time is properly excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

*/s/ Joshua F. Barnette*
Joshua F. Barnette
STITES & HARBISON PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
859.226.2300
jbarnette@stites.com
*Counsel for Bryan Douglas Conley*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Joshua F. Barnette*
Joshua F. Barnette