UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>    Defendant. | Case No. 3:19-CR-00019-BJB-RSE<br><br>*Electronically Filed* |

___

**ORDER**
___

  This matter is before the Court on Defendant Bryan Douglas Conley's second motion to continue the trial, currently set for July 18, 2022.  In support of the motion, Mr. Conley notes that on June 24, 2022, this Court appointed new defense counsel after previous defense counsel moved to withdraw.  (R. 115.)  Mr. Conley also indicates that his case has been declared complex (R. 52) and that additional time is needed to permit his new counsel to obtain and fully review discovery and get up to speed on the case before moving to trial.  The Court notes that Mr. Conley's motion is unopposed by the government.  For these reasons, and for the reasons set forth more fully in Defendant Conley's motion, the Court finds that the ends of justice in continuing the trial outweigh the best interests of the public and the defendant in a speedy trial.

  Having considered the matter, and being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

  1.  Defendant Bryan Douglas Conley's Second Motion to Continue is **GRANTED;**

  2.  The jury trial previously scheduled for July 18, 2022, is continued;

  3.  Trial in this matter is hereby continued to _____, 2022;  and

4. This time is excluded from the Speedy Trial clock, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

So ordered this \_\_\_\_\_ day of _____, 2022.