UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:19-CR-00019-BJB<br>*Electronically Filed* |
| BRYAN D. CONLEY | DEFENDANT |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney, Joel King, hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Joel King
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 779-2755
Fax (502) 582-5097

**CERTIFICATE OF SERVICE**

I hereby certify that on June 228, 2022, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system

.

_____
Joel King
Assistant United States Attorney