**FILED**
James J. Vilt Jr,
Clerk
June 27, 2022
U.S. District Court
Western District of Kentucky

Judge:
Case # 3:19-CR-00019-BJB

I Believe That your Female Magistrate Judge you have needs to learn her Job, and Place, As well as other Judges and Staff. She has

1) allowed social or Political relationships to influence judicial decision making
2) By Words or conduct, manifesting Bias or prejudice, or engaging in harassment.
3) Rude, abusive and otherwise improper treatment of Parties, counsel, witnesses, jurors, court staff or others
4) Failing or refusing to dispose promptly of judicial business
5) Abusing Contempt Power
6) Communicating improperly with only one side to a Proceeding
7) Violating rules relating to court administration
8) Criminal Conduct
9) Couldn't Provide Info on Proper Complaint Procedures.
10) Your District Clearly does Not know the Laws.

Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530
www.justice.gov

- You clearly need to Get Legal Guidance
- Kentuckys Legal System is GARBAGE.
There is Nothing Honorable about any of you. Crooked, Gift and Bribe receiving Criminals Pretending to Do a Job.

Department of Homeland Security
Washington DC 20528.

- I Demand My Discovery
- I Demand Fair Treatment
- I Demand Answers
- I Demand Justice

Judge- A public official authorized to decide questions brought before a court.

Magistrate- An official entrusted with administration of the laws.

Attorney- a legal agent qualified to act for persons in legal proceedings.

Lawyer- one who conducts lawsuits for clients or advises as to legal rights and obligations in other matters.

Fair- Conforming with the rules.

Trial- The hearing and judgement of a matter in issue before a competent tribunal.

Counsel- Advice. Plan of action. Consult.

Unbiased- Free from bias. Unprejudiced.

Bias- Prejudice, Bent.

Prejudice- An opinion made without adequate basis.

Amendment  I, IV, V, VI, VII, VIII, IX,

Bryan Conley
Oldham County
3405 W. Highway 146
La Grange, KY 40031

OLDHAM COUNTY DETENTION
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

LOUISVILLE KY 400
25 JUN 2022 PM 2 L

RECEIVED
JAMES J. VILT, JR.
JUN 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Federal Court House
717 W. Broadway
Louisville, KY 40203

**FILED**
James J. Vilt Jr,
Clerk
June 27, 2022
U.S. District Court
Western District of Kentucky

40202-221517