Dear Judge B.J.B.

Joshua F. Barnette of Stites and Harbison PllC is Fired. The idiot said The law doesn't pertain to Judges, Nor the FBI. He will not touch my case. Thats 4/5 Lawyers That refuse to Defend me. The other was just a Dumb Bitch.

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY
Date: Aug 30, 2022

