UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>　　　　　　　　　　Defendant. | Case No. 3:19-CR-00019-BJB-RSE |

**ORDER**

This matter is before the Court on Defendant Bryan Douglas Conley's Motion to Sever. [R. 134.] Having reviewed the Motion, the file, and all pleadings, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion to Sever [R. 134] is **GRANTED;**

2. Count 1 of the Second Superseding Indictment is hereby severed from Counts 2 - 14 of the Second Superseding Indictment; and

3. The trial on Counts 2 -14 of the Second Superseding Indictment shall commence and conclude before the trial on Count 1 of the Second Superseding Indictment.

This the ____ day of _____, 20___.