UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                         CRIMINAL ACTION NO. 3:19-cr-00019-DJH

BRYAN DOUGLAS CONLEY                                                                  DEFENDANT

## PROPOSED ORDER

Defendant Bryan Douglas Conley moved to sever count 1 from the remaining counts of his Indictment. DN 134. The United States responded objecting to the motion. The motion is denied.