UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:19-cr-19-DJH

BRYAN DOUGLAS CONLEY, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on November 21, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Joshua D. Judd |
| | Joel King |
| For Defendant: | Joshua F. Barnette |

The defendant was present. The parties reported that the matter remains on schedule to proceed to trial on February 6, 2023, with the final pretrial conference set for January 21, 2023, at 1:30 p.m. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** that the deadlines previously set for motions in limine and trial memoranda (Docket No. 122) are **VACATED**. The parties **SHALL FILE** any motions in limine no later than **December 20, 2022**, and any responses no later than **January 2, 2023**. There shall be **no replies**. Defendant Bryan Douglas Conley **SHALL FILE** a trial memorandum, and the United States **MAY FILE** any supplements to its previously-filed memorandum, no later than **January 5, 2023**. The Court presumes the parties' compliance with prior orders as to all other pretrial dates and deadlines.

November 22, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/15
Court Reporter: Dena Legg