UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRYAN DOUGLAS CONLEY, <br><br> Defendant. | Case No. 3:19-CR-00019-BJB-RSE |

**ORDER**

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude 404(b) Evidence, that is evidence allegedly supporting Count 1 in a trial on Counts 2-14, and vice versa. [R. 140.] The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude 404(b) Evidence [R. 140] is **GRANTED**;

2. All evidence the government contends supports Count 1 is hereby excluded from a trial on Counts 2-14. Likewise, all evidence the government contends supports Counts 2-14 is hereby excluded from a trial on Count 1.

This the ____ day of _____, 20___.