UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRYAN DOUGLAS CONLEY, <br><br> Defendant. | Case No. 3:19-CR-00019-BJB-RSE |

**ORDER**

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Certain Psychological Evaluations. [R. 141.] The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude Certain Psychological Evaluations [R. 141] is **GRANTED;**

2. All psychological and psycho-educational evaluations, and associated documents, identified, though not Bates stamped, as USA1713 - USA1766 are excluded from a trial in this matter.

This the ____ day of _____, 20___.