UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff

v.

BRYAN DOUGLAS CONLEY,

                Defendant.

Case No. 3:19-CR-00019-BJB-RSE

---

**ORDER**

---

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Certain Text Messages. [R. 142.] The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude Certain Text Messages [R. 142] is **GRANTED;**

2. The government is hereby prohibited from introducing the substance of the text messages allegedly sent by Mr. Conley to K.C. and Elizabeth Heather Glass; the text messages are hereby excluded from a trial in this matter.

This the ____ day of _____, 20___.