

# DRAFT

## KYIBRS REPORT
### COMMONWEALTH OF KENTUCKY

| AGENCY ORI/NAME | 0050200 CAVE CITY POLICE DEPARTMENT | | | INCIDENT NUMBER | KY CC-19-074 | | |
|---|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| 6/20/2019 07:30 TO 6/20/2019 08:00 | | ESTIMATE | 6/20/2019 | 18:40 | 18:40 | 18:42 | 18:57 |

REPORTED BY: ERIC, MEADOR  —  HOW REPORTED: IN PERSON

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: 807 MAMMOTH CAVE RD

CITY: CAVE CITY    STATE: KY   ZIP CODE: 42127    PHONE NUMBER:    SECTOR NO:

EXACT LOCATION OF OFFENSE:
- 870 MAMMOTH CAVE RD
- ADDRESS: 870 MAMMOTH CAVE RD
- CITY: CAVE CITY    STATE: KY   ZIP CODE: 42127
- COUNTY: BARREN    LATITUDE 37 DEG 8.088 MIN   LONGITUDE 85 DEG 58.528 MIN

**OFFENSE DATA**

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: HOTEL, MOTEL, ETC. | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP ALL OTHERS U/$500

| OFFENSE CODE 23915 | ASCF CODE 0 | KRS CODE 514.030 | CLASS: A | DEGREE: M | COUNTS: 1 |
|---|---|---|---|---|---|

BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES: 0

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE | ASCF CODE | KRS CODE | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

BIAS MOTIVATION:   METHOD ENTRY:   NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE | ASCF CODE | KRS CODE | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

BIAS MOTIVATION:   METHOD ENTRY:   NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

**PROPERTY DATA — GENERAL**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | RADIOS,TVs,VCRs, DVD, BLUE RAY PLAYER | STOLEN (NOT RECOVERED) | $380.00 | | | |

PROPERTY DESCRIPTION: INSIGNIA 40" FLAT SCREEN LED

OWNER APPLED NUMBER:    SERIAL NUMBER: NA

MAKE:    MODEL:    OWNER: Victim 1

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|

PROPERTY DESCRIPTION:

OWNER APPLED NUMBER:    SERIAL NUMBER:

MAKE:    MODEL:    OWNER:

| TOTAL STOLEN VALUE: | $380.00 | TOTAL RECOVERED VALUE: | | TOTAL VEHICLES STOLEN: | | TOTAL VEHICLES RECOVERED: | |
|---|---|---|---|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| Fletcher, David | Fletcher, David | 610 | | |

Page 1 of 3   Incident Number: CC-19-074   Agency ORI: 0050200   Badge #: 610

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**DRAFT**

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | ECONO LODGE | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | VICTIM TYPE: BUS |
|---|---|---|---|

| Address Unknown | ADDRESS: 870 MAMMOTH CAVE RD | |
|---|---|---|

| CITY: CAVE CITY | STATE: KY | ZIP CODE: 42127 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | OTHERWISE KNOWN | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 23915 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

### SUSPECT / ARRESTEE DATA

| SUSPECT SEQ. # | NAME: CONLEY, BRYAN | ARRESTED? | ARREST DATE |
|---|---|---|---|
| 1 of 1 | ALIAS: | ☐ YES | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS ████████ | EST AGE | PHONE: | KY RESIDENT: |
|---|---|---|---|
| CITY: CLARKSVILLE | STATE: TN | ZIP CODE: 37042 | 00 |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | MALE | WHITE | NOT HISPANIC | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | ☐ YES | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

### WITNESS/OTHER

| WITNESS/OTHER SEQ | WITNESS NAME | PHONE |
|---|---|---|
| 1 of 1 | ERIC, MEADOR | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: 807 MAMMOTH CAVE RD | DATE OF BIRTH |
|---|---|

| CITY: CAVE CITY | STATE: KY | ZIP CODE: 42127 | SSN: |
|---|---|---|---|

Produced Pursuant to Protective Order

USA-002191

**DRAFT**

## KYIBRS REPORT: NARRATIVE
COMMONWEALTH OF KENTUCKY

**SYNOPSIS:**

Responded to the Econo Lodge in reference to a theft complaint.

**INVESTIGATION:**

June 20, 2019

On this date I responded to the Econo Lodge located at 870 Mammoth Cave Road in reference to a theft of a television.

Upon arrival, I made contact with the manager on duty, Eric Meador. Meador stated that he rented out a room to a Bryan Conley for the listed dates of, 6/15-6/18, then 6/19-6/20. Meador stated that Conley checked out of his room around 0730-0800 hours on 6/20. Meador stated that when they arrived at room 107, where Conley had been staying, he noticed the television was missing from the room. Meador stated that to remove the television from the wall you would need a special screw. I was shown the screw that anchors all the televisions and it was a square drive bit.

The television was an Insignia brand and was valued at $380. Management couldn't locate a serial number for the television. A telephone number was left by Bryan Conley and management stated they attempted to call the number but it was discovered to be a false. It is suspected that the address Mr. Conley gave may be false as well.

Management stated they observed Conley operating a gray 4 door sedan car.

No other leads have been discovered at this time.

**ATTACHMENTS:**

**METHODS OF OPERATION:**

| Page  3  of  3 | Incident Number:  CC-19-074 | Agency ORI: 0050200 | Badge #:  610 |
|---|---|---|---|

Produced Pursuant to
Protective Order

USA-002192