UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>                           Defendant. | Case No. 3:19-CR-00019-BJB-RSE |

## ORDER

This matter is before the Court on Defendant Bryan Douglas Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft. [R. 43.]  The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion in Limine to Exclude Evidence Related to Econo Lodge Theft [R. 143] is **GRANTED;** and

2. Any and all evidence related to the alleged theft of a television from the Econo Lodge in Cave City, Kentucky is hereby excluded from a trial in this matter.

This the ____ day of _____, 20___.