UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                  CRIMINAL ACTION NO. 3:19:CR-00019-DJH

BRYAN D. CONLEY                                                                          DEFENDANT

## **PROPOSED ORDER**
*-- Filed Electronically –*

    The United States moved in Limine to prohibit jury nullification arguments, the defendant from introducing his own statements, references to punishment, and reverse FRE 404(b) evidence. The Motion is granted.