UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>                Defendant. | Case No. 3:19-CR-00019-DJH-RSE<br><br>*Electronically Filed* |

_____

**EMERGENCY MOTION FOR ACCESS TO *EX PARTE* MOTION**
_____

Comes now Defendant Bryan Douglas Conley, by and through counsel, and hereby moves this Court to grant the undersigned counsel access to the *ex parte* motion docketed at Docket Entry 32, which is Mr. Conley's prior attorney's motion to withdraw. (*See* R. 39.) In support of this motion, counsel for Mr. Conley states that access to the document is needed in order to fully respond to a motion in limine filed by the government. Specifically, in the government's motion in limine to introduce flight evidence as evidence of guilt, the government states, "[t]he United States learned in court at defendant Conley's arraignment that he had told his counsel that his family had been in an accident and had to be air lifted to the hospital and he did not appear at his arraignment." (R. 105 at 1-2.) Before responding to that motion in limine, the undersigned counsel needs to review the *ex parte* motion filed at R. 32 in order to determine what prior counsel articulated in its motion as a reasoning for withdrawing. Further, Mr. Conley states that this motion is being filed as an Emergency Motion in light of the holidays and because responses to motions in limine are due to be filed by January 2, 2023. (*See* R. 138.)

For the above stated reasons, Mr. Conley requests that the Court permit his counsel to obtain a copy of the *ex parte* motion docketed at Docket Entry 32.

Respectfully submitted,

*/s/ Joshua F. Barnette*
Joshua F. Barnette
STITES & HARBISON PLLC
400 West Main Street, Suite 1800
Louisville, KY  40202
859.226.2318
jbarnette@stites.com
*Counsel for Bryan Douglas Conley*

### CERTIFICATE OF SERVICE

  I hereby certify that on 27th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Joshua F. Barnette*
Joshua F. Barnette

2