UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff

v.

BRYAN DOUGLAS CONLEY,

                Defendant.

Case No. 3:19-CR-00019-BJB-RSE

---

**ORDER**

---

This matter is before the Court on Defendant Bryan Douglas Conley's Emergency Motion for Access to *Ex Parte* Motion. [R. 146.]  The Court being sufficiently advised,

      **IT IS HEREBY ORDERED** as follows:

      1.      Defendant Conley's Emergency Motion for Access to *Ex Parte* Motion [R. 146] is **GRANTED;** and

      2.      The Clerk's Office is hereby directed to email Mr. Conley's attorney a copy of the *Ex Parte* Motion docketed at Docket Entry 32.

      This the _____ day of _____, 20___.