UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CRIMINAL ACTION NO. <u>3:19-CR-19-DJH</u>

BRYAN DOUGLAS CONLEY                                         DEFENDANT

## <u>UNITED STATES RESPONSE</u>

Defendant Bryan Douglas Conley moved in limine to exclude psychological evaluations of victim R.W. from being introduced at trial. DN 141. The United States does not anticipate introducing the psychological reports and records, unless they become relevant through cross examination.

Instead, the United States anticipates having R.W.'s parents testify about her relationship challenges, anxiety, IQ, psychological and emotional developmental challenges. R.W.'s parent provided the records to the United States to provide some understanding of her psychological and emotional challenges. It is anticipated that Conley will attempt to paint the victim as involved in criminal activity that he is charged with committing. The testimony would be introduced based on the personal knowledge and observations of R.W. parents as lay witnesses. R.W. resided in her parents' home at the time of the offense. Conley through his interview admitted he knew that R.W. was taking anxiety medication. The United States anticipates that the cross examination of the victim's parents could open the door to the questions about the parents' reliance on the records. Therefore, the psychological reports and psycho-educational evaluations may become relevant as they provide evidence that R.W. is incapable of carrying out such a scheme to ransom herself to

her own parents and send ransom demands to her own parents.  R.W. parents are obviously familiar with the information contained in the reports.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Joshua Judd*
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I certify that this pleading was electronically filed using the Court's ECF system on January 3, 2022, with notice to counsel for defendant.

*s/ Joshua Judd*
Assistant U.S. Attorney