UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                                                       CRIMINAL ACTION NO. 3:19-CR-19-DJH

BRYAN DOUGLAS CONLEY                                                                         DEFENDANT

## **PROPOSED ORDER**

Defendant Bryan Douglas Conley moved in limine to exclude evidence.  The United States does not intend to introduce that evidence.  The motion is denied as moot.