UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                        CRIMINAL ACTION NO. 3:19-CR-19-DJH

BRYAN DOUGLAS CONLEY                                         DEFENDANT

## UNITED STATES RESPONSE

Defendant Bryan Douglas Conley moved in limine to exclude introduction of text messages received by Conley's ex-wife and another woman in North Carolina.    DN 142.    The United States does not anticipate admitting these text messages sent to or received by Conley's ex-wife or a woman from North Carolina (with whom Conley had had a short relationship), unless those messages become somehow relevant in the case.

With regard to the threatening communications between Conley's ex-wife, those communications show that Conley utilized the same method with text applications to conceal his phone number and identity and harass his ex-wife.  The messages contain sexual statements and ransom demands.   The FBI recovered a written note from Conley's car searched after his arrest that contained similar language to a text message sent to Conley's ex-wife containing a ransom demand.

The United States also does not anticipate using text messages Conley sent to harass a woman in North Carolina. The messages occurred in March and June 2019.    Several of the messages were sent from a phone number used by Conley registered to his spouse.   The conversations reference plenty of fish and that Conley used plenty of fish.    In addition, Conley used a text application number to communicate, harass and send pornographic photographs.

The United States does not anticipate using this evidence.  Should the evidence become relevant, the United States will bring the issue to the Court's attention outside of the jury's presence.  This court should deny Motion in Limine as moot.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

*s/ Joshua Judd*
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I certify that this pleading was electronically filed using the Court's ECF system on January 3, 2023, with notice to counsel for defendant.

*s/ Joshua Judd*
Assistant U.S. Attorney