UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                                                                          CRIMINAL ACTION NO. 3:19-CR-19-DJH

BRYAN DOUGLAS CONLEY                                                                      DEFENDANT

**PROPOSED ORDER**

Defendant Bryan Douglas Conley moved in limine to exclude text message evidence to his ex-wife and another woman in North Carolina.  The United States response indicating that it was not going to use the evidence.  The motion is denied as moot.