UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                    CRIMINAL ACTION NO. <u>3:19-CR-19-DJH</u>

BRYAN DOUGLAS CONLEY                                          DEFENDANT

## <u>UNITED STATES RESPONSE</u>

Defendant Bryan Douglas Conley moved in limine to exclude introduction of evidence relating to the theft of a television from a hotel room occupied by Conley in June 2019, immediately prior to Conley cutting his GPS location ankle monitor and fleeing from prosecution. DN 143.  The theft of the television is likely relevant to Conley's flight to avoid prosecution. Conley would have needed some financial resources to run from law enforcement.  In any event, the United States does not intend to introduce the report or have testimony regarding the theft of the television.

This court should deny Motion in Limine as moot.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

<u>/s/ Joshua Judd</u>
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911

## **CERTIFICATE OF SERVICE**

I certify that this pleading was electronically filed using the Court's ECF system on January 3, 2023, with notice to counsel for defendant.

_s/ Joshua Judd_
Assistant U.S. Attorney