UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                               CRIMINAL ACTION NO. 3:19-CR-19-DJH

BRYAN DOUGLAS CONLEY                                                                   DEFENDANT

## PROPOSED ORDER

Defendant Bryan Douglas Conley moved in limine to exclude evidence that Conley stole a television from a hotel room he occupied immediately prior to him removing his ankle monitor and fleeing from prosecution in June 2019. The United States does not intend to introduce that evidence. The motion is denied as moot.