UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>v.<br><br>BRYAN DOUGLAS CONLEY,<br><br>        Defendant. | Case No. 3:19-CR-00019-DJH-RSE |

## ORDER

This matter is before the Court on Defendant Bryan Douglas Conley's Motion to Dismiss. (R. 157.) Having reviewed the parties' briefs and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendant Conley's Motion to Dismiss (R. 157) is **GRANTED;** and

2. This matter is **DISMISSED WITH PREJUDICE**.

This the ____ day of _____, 20___.