# Barnette, Joshua

| | |
|---|---|
| **From:** | Cooper, James (USAKYW) <James.Cooper4@usdoj.gov> |
| **Sent:** | Wednesday, December 21, 2022 8:03 AM |
| **To:** | Barnette, Joshua |
| **Subject:** | RE: [EXTERNAL] Conley - Discovery & Review of Conley Electronic Data |

**[External Sender]**

I have everything ready to view this morning.  Text or call me at 502-475-3689 when you arrive and I will meet you at the guard station.
Thank You

Aaron Cooper
Paralegal Specialist
U.S. Attorney's Office, WDKY
717 W Broadway
Louisville, KY 40202

502-779-2772 (office)
502-475-3689 (cell)

---

**From:** Judd, Joshua (USAKYW) <JJudd@usa.doj.gov>
**Sent:** Monday, December 19, 2022 2:16 PM
**To:** Barnette, Joshua <jbarnette@stites.com>
**Cc:** King, Joel (USAKYW) <JKing3@usa.doj.gov>; Cooper, James (USAKYW) <JCooper3@usa.doj.gov>
**Subject:** RE: [EXTERNAL] Conley - Discovery & Review of Conley Electronic Data

Josh,
10/21 at 10:30 is good.  Aaron Cooper should be available to assist.  I will likely be in the grand jury.


Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, KY  40202
P:  (502) 625-7049
F:  (502) 582-5067


This email (and any attachment) is only for the use of the intended recipient and may contain information that is privileged and exempt from disclosure.  If you are not the intended recipient of this message, please note that any further dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by telephone or email, and destroy your copy.

**From:** Barnette, Joshua <jbarnette@stites.com>
**Sent:** Saturday, December 17, 2022 1:23 AM
**To:** Judd, Joshua (USAKYW) <JJudd@usa.doj.gov>
**Cc:** King, Joel (USAKYW) <JKing3@usa.doj.gov>
**Subject:** RE: [EXTERNAL] Conley - Discovery & Review of Conley Electronic Data

Thanks, Josh. As for reviewing the electronic data, I believe next Wednesday (12/21) works best for me. If it is fine, I'll aim to be there around 10:30am.

Thanks, and have a good weekend.
josh

**From:** Judd, Joshua (USAKYW) <Joshua.Judd@usdoj.gov>
**Sent:** Friday, December 16, 2022 4:06 PM
**To:** Barnette, Joshua <jbarnette@stites.com>
**Cc:** King, Joel (USAKYW) <Joel.King@usdoj.gov>
**Subject:** Re: [EXTERNAL] Conley - Discovery & Review of Conley Electronic Data


**[External Sender]**

Josh. We're researching your requests and will get back to you. It may take a few days to find and review.
You can review the info from conleys phone and a SD card next Tuesday Wednesday or Thursday. I will have to check on the other items such as the tablet thumb drive and hard drive. I don't believe there was any evidence of value. Please let me know. Thx.

Sent from my iPhone


> On Dec 15, 2022, at 9:42 PM, Barnette, Joshua <jbarnette@stites.com> wrote:
>
>
> Josh,
>
> During my continuous review of the documents produced in this case, I am running across mentions of additional documents that I do not believe have been produced. I'll try my best to outline what I'm looking for, and where I'm seeing the items being mentioned. I know we mentioned a couple of them during our conversations, but just wanted to send an itemized request.
>
> 1. Can you please produce the entirety of the cell phone extraction for Ms. W▇▇▇ father's phone. USA000003 shows an extraction of a portion of the text messages, but does not provide the entire extraction. Even within the text messages extraction, I do not have the full report. USA000003 shows there were 82 text messages extracted from Mr. W▇▇▇ phone, but USA000003 only contains text messages #51 - #82, the document does not contain the first 50 text messages. Further, message #51 – message #82 all occurred on January 31, 2022; there are no messages from other relevant dates. Please produce the full cell phone extraction for Mr. W▇▇▇ telephone, for all relevant dates, including (but not limited to) text messages #1 - #50 that should be a part of USA000003.

2. Same for Ms. W█████ mother's phone.  USA000005 shows an extraction of a portion of the text messages, but does not provide the entire extraction.  While USA000005 indicates that the extraction produced 3,719 text messages, USA000005 only provides text message #3183 – text message 3719.  Further, this report contains messages only from January 29-January 31, 2019; it does not include text messages from the entire relevant time period.  Please produce the full cell phone extraction for Mrs. W█████ telephone, for all relevant dates, including (but not limited to) text message #1 – text message #3182 that should be a part of USA000005.

3.  At some point, Detective Burkett (Texas) sends ████████ a Facebook photo of who Det. Burkett believes to be Bryan Conley so that ████████ can identify him.  Please produce the communication in its entirety, including ████████ response, and also please produce the photo that Det. Burkett sent to ████████.

4.  At some point, Det. Burkett communicated with La Grange Police Officer Meaks regarding the Super 8 hotel ████████ identified during her interview.  According to Det. Burkett, Off. Meaks goes to the Super 8 hotel in La Grange and determines that the individual that reserved room #210 on November 10, 2018, provided the name "Bryan Conley" and telephone number "915-241-7423."  Please produce the hotel paperwork (I don't know if there were reservation documents filled out or what), as well as any La Grange Police report documenting Off. Meaks's work during the investigation and the documentation of this work between Det. Burkett and Off. Meaks.

5.  In USA002576, Det. Burkett indicates that he searched through ████████ Plenty of Fish messages with ████████.  Please provide any documentation/memorialization of those messages.

6.  In USA002194, SA Russ took photos of the text messages purportedly between Bryan Conley and Bryan's mother.  Please produce those photographs.

7.  In USA002045, SA Phillips indicates that on 3/15/2019 he reviewed Ms. W█████ phone, specifically her Plenty of Fish accounts, and reviewed the following sections:  My Matches;  Chemistry;  Messages;  Sent Messages;  and Favorites.  The report indicates that photos were taken of a message thread between Ms. W███ and Plenty of Fish user "paulstevenx301" as well as of Ms. W█████ "favorites."  please produce those photos.

8.  Any Plenty of Fish messages from Ms. W███, ████████, ████████, or any of the users the government contends was really Bryan Conley relevant to the charged conduct in this case.

9.  Lastly, when I last reviewed the extraction of Mr. Conley's phone, it was before I had received the entirety of the government's discovery production.  Now that I have the discovery, and now that I know more about the case, I'd like to come review the Conley phone extraction again, please.  Additionally, it appears that a search warrant was obtained to extract not only the data from his cell phone, but also from a black Huawei tablet, a Nema thumbdrive, and a Seagate hard drive.  I'd like to review the data/electronically stored information from those devices as well, please.  I'm happy to come to your office to review that material, but would like to do so before December 22.  I have a couple of zoom meetings (one on Friday afternoon and one on Monday morning), but I'm otherwise available to come to you.  Please let me know when I can swing by.

If any of these requested documents do not exist, please let me know that as well. Please let me know if you have any questions or want to discuss.

Thanks,
josh

**Joshua F. Barnette**
*Attorney*
*Direct: 859-226-2318*
*Fax: 859-253-9144*
*jbarnette@stites.com*

STITES & HARBISON PLLC
250 West Main Street, Suite 2300, Lexington, KY 40507-1758
About Stites & Harbison  |  Bio  |  V-Card  |  LinkedIn
*Please consider the environment before printing this email.*

**NOTICE:** This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or forward this message or any attachment. Please notify the sender immediately and delete all copies of the message and any attachments. Neither the transmission of this message or any attachment, nor any error in transmission, constitutes a waiver of any applicable legal privilege.