UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:19-cr-19-DJH

BRYAN DOUGLAS CONLEY,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Bryan Douglas Conley moves in limine to exclude certain evidence from the upcoming trial in this matter. (Docket No. 140; D.N. 141; D.N. 142; D.N. 143) In response to three of the motions—pertaining to psychological evaluations of alleged victim R.W., text messages sent by Conley to other individuals, and the theft of a television from a hotel room where Conley stayed in June 2019—the government states that it does not intend to present the specified evidence. (D.N. 151; D.N. 152; D.N. 153) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Conley's motions in limine to exclude the psychological evaluations (D.N. 141); text messages (D.N. 142); and evidence of theft (D.N. 143) are **DENIED** as moot.

The remaining motions will be addressed by subsequent order.

January 13, 2023

*[Signature]*

David J. Hale, Judge
United States District Court

1