UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:19-cr-19-DJH

BRYAN DOUGLAS CONLEY, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final pretrial conference on January 12, 2023, with the following counsel participating:

> For the United States:   Joshua Judd
>
> For Defendant:   Joshua Barnette

The defendant was present. The Court and counsel discussed procedural issues related to the upcoming trial. In light of the Court's January 11, 2023 Order granting the defense's motion to sever (Docket No. 156), the parties agreed that Counts 2-14 of the Second Superseding Indictment should be tried before Count 1. The Court advised counsel that it intends to seat a jury of 14 and that the two alternates will be randomly selected at the close of the trial, just prior to deliberation. Both parties agreed to that procedure.

Defense counsel stated that the defense would not be ready for trial on the scheduled date due to outstanding discovery requests and discovery materials recently received. Counsel for the government categorized the discovery provided as primarily *Jencks* material and affirmatively stated that none of the material provided or to be provided is *Brady* material. Defense counsel also anticipated filing a motion under the Speedy Trial Act. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

1

**ORDERED** as follows:

(1)     Any Speedy Trial Act motion shall be filed no later than **Monday, January 16, 2023**. The response shall be due no later than **Friday, January 20, 2023**.

(2)     Within **seven (7) days** of entry of this Order, the parties shall file simultaneous supplemental briefs on Defendant's motion to exclude 404(b) evidence (D.N. 140) reflecting the Court's decision that Counts 2-14 will be tried first. The supplemental briefs shall not exceed three (3) pages.

(3)     Within **seven (7) days** of entry of this Order, the United States shall file a reply in support of its motion to admit flight evidence (D.N. 105). The reply shall not exceed three (3) pages.

The Court anticipates setting a further status conference or hearing by subsequent order.

January 12, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/40
Court Reporter: Dena Legg