## » ❓ User Account



| | |
|---|---|
| Name: | Lance |
| Username: | 8008sloose |
| Password: | |
| Creation time: | |
| Service Type: | |
| Server Address: | |
| Source: | Genie: POF Free Dating App |
| Extraction: | Physical |
| Manually decoded: | False |
| Source file: | userdata (ExtX)/Root/data/com.pof.android/shared_prefs/ SESSION_APP.xml : 0x12A2 (Size: 6403 bytes) userdata (ExtX)/Root/data/com.pof.android/shared_prefs/ POF_SESSION.xml : 0x1231 (Size: 4817 bytes) |

### Other entries

- ☁ ? Profile Id  219695731
- ☁ ? User Id  240128824

### Organizations

### Address

### Notes

Profession: M Tech

City: Ada

Headline: Trying again

### Additional info

### Tags

Labels :   ● Plenty of Fish

Description :

"Or about 30 minutes out" sent at 1/26/2019 5:42:22 PM(UTC-6)     "Near dover" sent at 1/26/2019 5:42:44 PM(UTC-6)





 Lance should I let your agent know I am leaving?
Jan 26, 5:32 PM

> Or about 30 minutes out
> Jan 26, 5:42 PM

 I just left home
Jan 26, 5:56 PM

> Where you at now
> Jan 26, 7:29 PM

 I am on Dover rd
Jan 26, 7:30 PM

 GPS says I will be McDs by 8
Jan 26, 7:31 PM

Now

Hi my name is R▓▓▓▓. Lance gave me your number because he invited me out to his place tonight. I don't know the area so he told me to meet you.

> That's fine How are you

I am okay. A little nervous... I couldn't reach him but I was going to leave as soon as I could. I live in Brentwood

> I'll be out that way. My appointment canceled

Which way?

> Near dover

So I am headed to Dover TN