UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,  Plaintiff,

v.  Criminal Action No. 3:19-cr-19-DJH

BRYAN DOUGLAS CONLEY,  Defendant.

\* \* \* \* \*

### ORDER

The United States moves in limine to exclude inadmissible hearsay, arguments regarding jury nullification or punishment, and reverse 404(b) evidence from the upcoming trial. (Docket No. 145) The government does not identify any specific evidence to be excluded, however, instead essentially asking the Court to follow the Federal Rules of Evidence and applicable caselaw with respect to those broad categories of evidence and argument. (*See generally id.*) The Court agrees with the defense that such a request is unnecessary, or at minimum premature. (*See* D.N. 150) The Court assumes that the parties, through their counsel, will comply with the relevant law (*see id.*, PageID.620); any specific objections will be addressed if and when they arise during trial. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the government's motion in limine (D.N. 145) is **DENIED** without prejudice.

January 19, 2023

David J. Hale, Judge
United States District Court

1