UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                              CRIMINIAL ACTION NO. 3:19-CR-19-DJH

BRYAN D. CONLEY                                                                    DEFENDANT

### MOTION FOR LEAVE TO FILE LATE AND EXTENSION OF TIME

*Electronically Filed*

Comes the United States of America, by counsel, Joshua Judd, Assistant United States Attorney for the Western District of Kentucky and requests the Court for an extension of time up to and including January 23, 2023, If the Court grants the leave to file a late response to motion to dismiss for speedy trial and this extension, the United States' response would be due January 23, 2023.

WHEREFORE, the United States respectfully requests leave to file a late response with a request for extension of time to respond to motion to dismiss for speedy trial.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ Joshua Judd
Assistant United States Attorney
717 West Broadway, 4th Floor
Louisville, Kentucky  40202
(502) 582-5911

CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

      /s/ Joshua Judd
      Joshua Judd
      Assistant United States Attorney