UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL ACTION NO. 3:19-CR-19-BJB

BRYAN DOUGLAS CONLEY DEFENDANT

**PROPOSED ORDER**

Defendant Bryan Conley moved to dismiss for violation of the Speedy Trial Act and under the Sixth Amendment right to Speedy Trial. The United States responded requesting a hearing on the Sixth Amendment matter and generally acknowledging a violation of the speedy trial act 70 limitation. The United States requested to be heard on the matter involving whether it should be dismissed with or without prejudice. That request is granted.