UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                    CRIMINIAL ACTION NO. 3:19-CR-19-DJH

BRYAN D. CONLEY                                                                          DEFENDANT

### ORDER

Upon the motion of the United States for leave to file a late response and an extension of time up to and including January 23, 2023 to respond to motion to dismiss for speedy trial, and the Court being sufficiently advised as to the need for this additional time.

**IT IS HEREBY ORDERED** that the United States motion is GRANTED, and the United States shall have until January 23, 2023 to file its response.

January 24, 2023

David J. Hale, Judge
United States District Court