UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                    Plaintiff,

v.                                                                              Criminal Action No. 3:19-cr-19-DJH

BRYAN DOUGLAS CONLEY,                                                                                   Defendant.

\* \* \* \* \*

## ORDER

Defendant Bryan Douglas Conley moves for dismissal of this case with prejudice, arguing that delays in the case violate both the Speedy Trial Act and the Sixth Amendment. (Docket No. 157)  In response, the United States appears to concede a Speedy Trial Act violation and requests a hearing to discuss Conley's claim of a corresponding Sixth Amendment violation. (D.N. 167)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a hearing on the motion to dismiss (D.N. 157) on **January 30, 2023, at 3:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

January 25, 2023

David J. Hale, Judge
United States District Court

1