UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                         Plaintiff,

v.                                                                           Criminal Action No. 3:19-cr-19-DJH

BRYAN DOUGLAS CONLEY,                                                                          Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING

This matter came before the Court for a hearing on January 30, 2023, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Joshua Barnette

The defendant was present. The Court heard oral argument on the defendant's motion to dismiss (Docket No. 157). At the conclusion of the hearing, the Court took the motion under advisement.

January 31, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/40(c)
Court Reporter: Dena Legg

1